UNITED STATES DISTRICT COURT
FOR THE FIFTH DISTRICT OF TEXAS
FORT WORTH DIVISION

**4-24CV1196-P**

MARIA ROSALBA GUEVARA
PLAINTIFF

Case No:_____

v.

FMC CARSWELL, WARDEN RULE
AND UNIT TEAM STAFF, EX. AL
DEFENDANTS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC - 5 2024

CLERK, U.S. DISTRICT COURT
By _____
Deputy

MOTION UNDER 2241
CORRECTED CALCULATIONS UNDER THE LAWS

Comes now Ms. Guevara, known herein as the Plaintiff in pro se in necessity SEEKING this Honorable Court to GRANT this above styled motion under 18 U.S.C. Section 2241 in furtherance of aforementioned: (1) 18 U.S.C. Section 3624(b)(1); (2) 18 U.S.C. Section 3632(d)(6); (3) 18 U.S.C. Section 3624(c); (4) 18 U.S.C. Section 3624(c)(4); (5) 18 U.S.C. Section 3624 (g)(1)(A)(B); (6) 18 U.S.C. Section 3624; (7) 18 U.S.C. Section 3635; (8) 18 U.S.C. Section 3624(g)(10)(11); (9) 18 U.S.C. Section 3621(b); (10) 18 U.S.C. Section 3632(a)(7); (11) 18 U.S.C. Section 4042(a)(2); (12) CFR 524.42 P5410.01 Page 15; (13) Program Statement P5321.08.14; (See provided corrected calculations for this Plaintiff with each applied Law and Unit Team paperwork provided to the Plaintiff that shows that none of the Laws have been correctly applied to this Plaintiff).

BACKGROUND

Ms. Guevara was found guilty of 21:841(A)(1) & 846 C/T/P & Dist Herion (Count 1); 21:841(A)(1) & (B)(1)(C) Poss & Dist Heroin (Counts 2-4); 18:201(A)(1)(A) & 371 Consp to Commit Bribe of Public Official (Count 5) ; 18:201(B)(1)(A) & 2 Bribe of Public Official (Counts 6-12); 13:1325(D) Estab Comment Ent For Evad Immigr Law (Count 13); 18:1326(A)(B)(2) Re-entry.

The Plaintiff received a term of imprisonment of LIFE with LIFE supervision. She was sentenced on 07/09/2002 by Honorable Judge Mcavoy in the Northern District of New York. She is FSA eligible with a recidivism risk of MINIMUM/MINIMUM with no detainers, therefore eligible for prerelease to home confinement. This Plaintiff is 69 years of age and has served over 22 years of her sentence "without any earned or projected time credits" that she is entitled to. She suffers from serious medical conditions that includes diabetes, hypertension, COPD, severe memory problems, thyroid issues and spinal cord and disc impairments that have her wheel chair bound (caused from medical malpractice). She is also a stroke survivor. Ms. Guevara will reside with her niece and family in South Carolina and will receive the proper medical care and thoughtful attention that she so desperately needs.

Additionally, Ms. Guevara has made several attempts to speak with her unit team about upfront loading her FSA, SCA, and GCT to no avail. Ms. Guevara has requested to be placed into prerelease (home confinement) as the laws permit as a MINIMUM/MINIMUM and was informed that "no such laws exists". This is a false statement.

The Plaintiff shows this Honorable Court that FMC Carswell's Unit Team staff members have refused to correctly apply all laws that are in place to this Plaintiff. More specifically, Unit Team has failed to correctly upfront load her FSA, GCT, and SCA. (See correctly calculated chart). (See also Exhibits additional AIC's emails unanswered by staff, unanswered Administrative Remedies and Legal References).

The unwillingness by FMC Carswell to properly apply the laws has created an overall indifference to Ms. Guevara's LIFE and LIBERTY. It is nothing short of a reckless indifference to the truth of the law, therefore, is ACTUAL FRAUD committed by government employees. To openly practice deceiving schemes, lies, and threats is blatantly violating the Plaintiff's Constitutional/Civil Rights and Equal Protection while she is in their "care". These actions MUST be viewed as beyond reproach. (See attachments).

The Plaintiff is not seeking anything more than the laws provided to her. She is forced to rely upon this Honorable Court to ORDER FMC Carswell to accurately UPFRONT LOAD her FSA, SCA, and GCT. Under the law she is eligible for this Court to ORDER her to prerelease Home Confinement as a MINIMUM/MINIMUM.

.                                                      FACTS

This Plaintiff has been illegally denied by FMC Carswell Unit Team staff members by their refusals and denials that the laws even exists. Unit Team refuses to apply all corrected time credits by the laws under the First Step Act (FSA), Second Chance Act (SCA), Good Time Credits (GCT). Despite their knowledge that they are to properly and accurately apply them to the Plaintiff. This Unit Team has willfully and in full knowledge disregarded the laws in order to cause the Plaintiff to serve a longer imprisonment term. This cruel and unusual punishment (an Eighth Amendment violation) which is a Constitutional violation and a Fourteenth Amendment violation. By not applying the law to this Plaintiff, FMC Carswell is violating her Constitutional Amendment and her Civil Rights:

.          "All persons born or naturalized in the United States, and subject to the jurisdiction thereof,
.          are citizens of the United States and the State wherein they reside. No State shall make or
.          enforce any law which shall abridge the privileges or immunities of citizens of the United States;
.          NOT SHALL ANY STATE DEPRIEVE ANY PERSON OF LIFE, LIBERTY, OR PROPERTY,
.          WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION
.          THE EQUAL PROTECTION OF THE LAWS."

-------------------------------------------------------------------------------------------------

This Plaintiff is not being equally protected by the new laws in regards to her time to serve in prison. The new laws for FSA, SCA, and the GCT to be upfront loaded are being refused by the Defendants (FMC Carswell Unit Team members). She is being deprived of life and liberty when the laws CLEARLY state a change should occur in the time served in prison. No Program Statement nor policy over shadows the laws nor the United States Constitution, therefore, the Plaintiff is suffering a Constitutional violation thru the illegal conduct of Carswell's staff members.

A new United States Supreme Court's decision in the Loper case has set off alarm bells in the Bureau of Prison's Central Office directorate, as well as in case manager's offices throughout the federal system. Congressional sentence reduction laws are in clearly stated language such as the Second Chance Act (SCA), and the First Step Act (FSA). Theoretically, the reasoning of the Loper decision could even permit Bureau staff violation the law, subject to individual liability. Since government agencies are OBLIGATED TO STRICTLY FOR THE LAW, staff are NOT ABLE TO IGNORE the language of the law, and those wo do are acting outside the scope of their employment, and as a result have NO IMMUNITY from prison lawsuits. Also see Woodley v. Warden, USP Leavenworth, 24-3053-JWL, (United States District Court, District of Kansas, May 15, 2024)Woodley, successfully won his immediate release to home confinement.

According to the Judge, "Petitioner has filed a pro se petition for Habeas Corpus under 28 U.S.C. Section 2241, in which he claims that he is entitled to immediate transfer to prerelease custody under Section 3632(d)(4)(c). That statue uses the mandatory "shall" (as distinguished, for instance, from the provision in Section 3624(g)(B that the BOP "may" transfer a prisoner to early supervised release). NUMEROUS COURTS HAVE HELD THAT THE BOP HAS NO DISCRETION TO DELAY OR REFUSE TRANSFER OF AN ELIGLIBLE PRISONER TO PRERELEASE CUSTODY, WHICH TRANSFER IS MANATORY. See, e.g.,Doe v. Federal Bureau of Prisons, 2024 WL 455309, at *1-4 (S.D.D.Y Feb. 5,2024)(transfer to prerelease custody was required despite the prisoners' participation in the witness protection program);Ramirez v. Phillips, 2023 WL 8878993, at *4 (E.D. Cal. Dec.22,2023) (agreeing with interpretation that transfer to prerelease custody is mandatory, BOP has no discretion not to transfer); Komando v. Luna, 2023 WL 310580, at * 4-8 (D.N.H. Jan. 13,2023) (transfer to prerelease custody was required despite outstanding detainer; rejecting argument that the BOP had discretion to determine which prisoners' were suitable for placement in prerelease custody), report and recommendation adopted, *7 2023 WL 1782034 (Feb. 6, 2023); Sierra v. Jacquez, 2022 WL 18046701, at *4 (W.D. Wash.Dec. 27,2022) (transfer to prerelease custody required).

The Plaintiff in this case and other Plaintiffs shown herein have made documented attempts to submit request to their Unit Teams members at FMC Carswell and those attempts have been made (1) in person; (2) in writing via copouts; (3) emailed administrative remedies (provided by the BOP) and (4) have spoken to the warden and regional staff member who was located onsite. The following comments stated by Unit Team Staff Members:

(1) "There is no such thing as the Second Chance Act"
(2) "That is inmate dot com"
(3) "I am not talking to you about that shit"
(4) "Get out of my office"
(5) "See your unit team" (after being told that unit team members were hostile and lied)
(6) "We do not upfront load for anyone that is just not true"
(7) "That is not the laws, who works here you or me?"
and more....

These responses are used to all prisoners who attempt to exercise their legal rights to have all their credits upfront loaded and correctly applied. On July 11,2024, Regional employee Ms.. Wohld, was present at FMC Carswell and several prisoners formed lines to speak to her about this issue and she was clear in many comments that changed the more she was confronted about the laws not being correctly applied and that staff was lying to them and threatening people for trying to get that help.

(1) Ms.. Wohld's (Regional staff member) first response was: "Our Unit Team will not be upfront loading any GCT or FSA time credits"

when presented with the laws, Ms.. Wohld's changed her response to: (2) "Unit Team will not be upfront loading any GCT or FSA time credits until late Fall.... if then"

When once more confronted with the fact this was breaking the laws, Ms.. Wohld's reply was: (3) "Your going to have to pursue your rights in court if you hope to get it done ... honestly"

This was a Regional employee who also stated, "Second Chance Act no longer existed". ( A FALSE STATEMENT). If we can not go to Regional (which is part of the administrative remedies) then we can not possibly exhaust, therefore, we have exhausted.

The following Plaintiffs are a small number of those that were present while discussions were occurring and have since submitted 2241's before the courts. Due to FEAR of retaliations from Unit Team members, Officers, and upper management staff many have declined to offer statements to the courts.

" But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses, every word may be established."  Matthew 18:16

. "Plaintiff Faith Blake  Reg# 73053-279"
. "Plaintiff Barbara Lang  Reg# 45300-074"
. "Plaintiff Regina Preetorius  Reg# 17690-021"
. "Plaintiff Maribel Santana-Cerano  Reg# 99877-479"
. "Plaintiff April Cadena  Reg# 83716-380 "
. "Plaintiff Brenda Hamilton  Reg# 28604-510"

Exhaustion is futile in this when Regional states that the credits are not going to be applied and that a prisoners only true hope is to move forward with a 2241 through the courts.

Additional evidence of remedies and any attempts through BOP Unit Team members of FMC Carswell, Mr. Austin, Ms. Brown, Ms. Washington, Mr. Contrell and Ms. Rebella is supported by emails submitted by fellow prisoners, to show pattern of conduct of Unit Team managers at FMC Carswell emails from a CC5 prisoner Ms. Brenda Hamilton.  The intended failure to train and the purposeful measures used to restrict women housed at FMC Carswell from receiving the benefits of the law shows the Plaintiff meets her exhaustion requirement.  See Attachment Exhibits _# 7, # 8, # 9_____

The BOP may not break the law and refuse to apply all the Plaintiff's credits just as a Court may not break the law.  The Plaintiff relies on the Honorable Court to protect her rights above all.

A prisoner may be excused from exhausting his administrative remedies where "irregularities in the administrative process itself " prohibit from him doing so.  Shah v. Quinlin, 901 F. 2d 1241, 1244. (5th Cir, 1990).  Moreover, there is a "substantial effort exception" to the exhaustion requirement.  Rourke v. Thompson, 11 F. 3d 47, 51 n. 10 (5th Cir 1993).  Finally, an administrative remedy is inadequate where prison officials ignore or interfere with a prisoner's pursuit of relief.  Holloway v. Gunnell, 685 F. 2d 150, 154 (5th Cir. 1982), {2011 U.S. Dist Lexis 6) and available administrative remedies are deemed to be exhausted when the time limits for the prison's response set forth in its own grievance procedure rules have expired.  Powe v. Ennis, 177 F. 3d 393, 394 (5th Cir. 1999); Underwood, 151 F. 3d at 295.  However, federal courts do not require a petitioner to pursue a remedy for a claim which has virtually no chance of being addressed on the merits.  Whitney v. Horn, 280 F. 3d 240-252 (3d Cir. 2002) cert. denied, 537 U.S. 1195, 123 S. Ct. 1351, 154 L. Ed. 10 30 (2003).  This concept is often referred to by the federal court as "anticipatory denial" of relief.  [Please see laws and rights of Plaintiff].  Although a 2241 motion does not require a habeas petitioner to exhaust administrative remedies prior to filing suit, this Plaintiff has sought relief through in person, paper cop-outs, and online administrative remedies, and personally spoken to a member of Regional office who stated, " if you want it, you're going to have to go to the court."

Showing that pursuit of administrative remedies would be a futile gesture and serving a longer than necessary imprisonment is irreparable injury that will result to the Plaintiff.

This is language from Laing v. Ashcroft, 370 F. 3d 994, 1000 (9th Cir. 2004) which was quoting SEC v. G.C. George Sec., Inc., 637 F. 2d 685; 688 (9th Cir. 1981).  "Specifically, exhaustion of administrative remedies may not be required when: 1) available remedies provide no genuine opportunity for adequate relief; 2) irreparable injury may occur without immediate judicial relief; 3) administrative appeal would be futile; and 4) in certain instances, a Plaintiff has raised substantial constitutional question."  Id. (quoting Beharry v. Ashcroft, 329 F. 3d 51, 62 (2nd Cir. 2003).  Even though exhaustion is not necessarily required, Plaintiff has exhausted the remedies as far as she could and responses were none or verbal responses were to go away or by Regional staff member, "to go to court".  (See attached emailed administrative remedy and affidavits from Plaintiff along with affidavits from fellow AIC's who were witnesses to conversations).

FRAUD; FALSE or IMPROPER EVIDENCE

The Plaintiff shows this Honorable Court the FACTUAL BASIS for her claims under Fraud and Section 24.07 False or Improper Evidence.

The use of false evidence (e.g., perjured testimony, the wrong gun, a forged document) offends every notion of justice,

fundamental fairness and due process. Anything less than the presentation by the government of fair and accurate evidence is abhorrent. See Giglio v. United States, 405 U.S. 150, 153, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972). Whether raised at trial, on direct appeal, post-judgment motion or Habeas Corpus petition, the falsity of evidence is evaluated in respect to its prejudicial effect, the source of the falsity, and the latent or patent knowledge of the government and its agents in procuring it.

The BOP staff members are "the government" and "agents of the government" in this case. The rules apply to them as government or agents of the government. These members of the government knowingly willingly and with malicious disregard falsely represent the Plaintiffs team documents which violates her every notice of justice and all fundamental fairness. This creates a highly prejudicial effect against the Plaintiffs' imprisonment time to be served.

Reckless indifference to the truth is a pattern of conduct exhibited by FMC Carswell Unit Team staff members and the Plaintiff MOVES this Honorable Court that these actions are under law the very definitions of Fraud.

Reckless indifference to the truth is sufficient to satisfy the actual requirement of actual Fraud: Actual Fraud requires knowledge of the falsity and an intent to deceive. A showing of reckless indifference will be sufficient to satisfy the knowledge element. To establish knowledge based on recklessness, the conduct must exceed negligence and rise to the level of reckless disregard for the truth. A court may find recklessness based on a pattern of conduct or behavior. In addition, reckless indifference to the truth is sufficient to prove the requisite intent to deceive. Thus, a reckless disregard of the truth of a statement will fulfill both the knowledge element and the intent to deceive element.

The BOP government staff members are aware that these laws exist and are to be applied to all eligible prisoners. The have been aware (in knowledge) of these laws/ facts for years now and have been purposely openly refusing to accurately apply these laws which has allowed them to practice a reckless indifference for truth. These Defendants have committed fraud. The Defendants knowledge of the falsity and their intent to deceive each prisoner meets the standard for actual fraud. The Plaintiff has offered this Honorable Court multiple exhibits by other AIC's who also suffer the reckless indifference of FMC Carswell's Unit Team staff members and the BOP proving a pattern of conduct and behavior. She also shows reports of legal newsletters that make it CLEAR the BOP is openly refusing to correctly apply the law to prisoners in their care and custody.

In further support of the Plaintiff's 2241 herein see Federal Legal News Letter dated 06/10/2024 by Derek Gilna, Director of Research. See Attachment Exhibit 10.

> "Prison seems determined to add to that litany of failure a brazen disregard of
> Director Peters' stated goals of boosting rehabilitation, and appears to take pride
> in its failure to comply with federal law regarding Second Chance Act halfway
> house placement and awarding of First Step Act (FSA) sentence credits".....

Also see Federal Legal News dated 02/17/2024. See Attachment Exhibit 10.

> "The Bureau continues to break both the FSA law and its own program statements in
> applying FSA credits, and in attempting to "waterdown" or minimize Second Chance
> Act (SCA) halfway house placements, which have been around since 2007, and are in
> addition to FSA credits. Bureau staff do not comply with the laws of the Second Chance
> Act. Specifically, 18 U.S.C.S. 3624(g)(10) and (11) and 18 U.S.C. 3632(a)(7) and
> U.S.C. 4042(a)(2). The intention of the Second Chance Act is, in part, to keep
> the prison population moving forward reintegrating to the community by, among
> other things, SENDING THOSE WITH LOW/MINIMUM RECIDIVISM RISK LEVELS TO
> HOME CONFINEMENT OR A HALFWAY HOUSE, REGARDLESS OF HOW MUCH TIME
> REMAINS ON THEIR SENTENCES. The (Bureau) is blatantly ignoring this key aspect
> of the Second Chance Act."

The Plaintiff in this case is a _Minimum / minimum_____. Under the Second Chance Act she has met the standards required to be ordered to Home Confinement regardless of her remaining amount of time and she seeks this Honorable Court to Order that she is to be released to Home Confinement in compliance with the law.

The laws and program statements are in place for just such a Plaintiff. This pattern of conduct by government staff members can not be overlooked.

CONSPIRACY CLAIM

The Plaintiff MOVES this Honorable Court to grant her claim that the named and unnamed Defendants all to whom are employees of the Bureau of Prisons (BOP) are in fact guilty of conspiracy against this Plaintiff. Defendants have engaged in posturing, both in public and to the Plaintiffs in regards to the laws AIC's are to benefit from. The interworking of dishonesty and the Defendants complete disregard for our laws allowed the Defendants to collaborate in this scheme/ conspiracy to keep AIC's imprisoned longer than necessary.

The elements of a conspiracy claim are: 1) two or more persons, 2) an object to be accomplished, 3) a meeting of the minds on the object or course of action, 4) one or more unlawful, overt acts, and 5) damages as a proximate result. Tri v. J.T.T., 162 S.W. 3d 552, 556 (Tex. 2005). Upon proof of a conspiracy, "each co-conspirator is responsible for the action of any of the co-conspirators which is in furtherance of the unlawful combination. Pike v. Tex EMC Mgmt., LLC, No: 10-14-00274-cv, 2007 Tex. App. Lexis 5217, 2017 WL 2507783, at *5 (Tex. {2018 U.S. Dist. Lexis 9} App.- Waco June 7, 2017, pet. filed) (unpublished) (quoting Akin v. Dahi, 661 S.W. 2d 917, 921, (Tex.1983). All co-conspirators are jointly and severally liable "for actual damages resulting from acts in furtherance of the conspiracy." Id. (quoting Energy Maint. Servs. Grp. 1. LLC. v. Sandt, 401 S.W. 3d 204, 220 (Tex. App. - Houston {14th Dist,} 2012, pet. denied).

ELEMENT 1:  two or more persons.
The Plaintiff moves that this element is not merely met with the named Defendants but must be considered to include all BOP institutions. This has been shown to be the case as many Unit Team staff members throughout the BOP are not uploading and front loading prisoner's FSA, SCA, and GCT credits.

ELEMENT 2:  an object to be accomplished.
The object to be accomplished by Unit Team staff members is clear, it is to prevent prisoners from being released earlier than they see fit. Causing a person to spend as much time as they can is cruel.

ELEMENT 3:  a meeting of the minds on the object or course of action.
The Defendants all practice the same pattern of conduct in refusing to upfront load FSA, projected FSA, GCT, and SCA time. The Defendants named and unnamed resort to the same dishonest reasoning:
1) "It's not any longer available."
2) "There's no bed space."
3) "It's not in our program statement."
4) "Get out of my office."
5) "What makes you think you know the law."

To state a very few generally stated BOP staff members responses. Some of these responses have been documented from different BOP facilities, therefore, a meeting of minds on a course of action has been committed by BOP staff members in Unit Team positions.

ELEMENT 4:  one or more unlawful, overt acts.
The Unit Team members are breaking the laws enacted for FSA, SCA, and GCT.

ELEMENT 5:  damages as a proximate result.
The damages are not measurable. It is a human beings life, liberty and freedom. One must also consider the damages suffered by loved ones who can have and lawfully should have their loved one home. The Plaintiff argues that the damages are cruel. Freedom even by one day sooner is priceless.

The Defendants named and unnamed meet each required element to a conspiracy claim. In light of these deficiencies, thru conspiracy, and the cumulative impact on AIC's, the Court must take immediate steps to prevent additional violation of the laws.

This Plaintiff has shown a comprehensive chart of all time credits applied and all time credits owed. The required laws identify the woefully inadequate extensive purposeful measures in which Unit Team staff members have gone to in order to entrap this Plaintiff to a longer imprisonment.

CLOSING

The Plaintiff's representations of captured facts, figures, laws, her rights, and collaborated false information provided by this Unit Team staff summarizes the chaos and complete lack of consideration to the AIC, public, or laws.

She has reached the obvious conclusion that all eligibility consistent to the laws will only become plausibly validated thru the Court. This has been further confirmed by Ms. Wohld's (Regional staff member) statement "You're going to have to take it to court."

This Plaintiff holds a recidivism risk assessment of _Min_ General level of _Min_ Violent level of _Min_ ;and a Security level of _Low_ The laws afford this Plaintiff the right to serve her remaining imprisonment by means of HOME CONFINEMENT REGARDLESS TO THE AMOUNT OF TIME REMAINING. By their own assessment of Minimum the Plaintiff is not a danger to society, furthermore, because Home Confinement still is within "custody of the BOP" (equaling severing a prison sentence) she is within the Section 3553 needs. Because the Loper decision removed the need for judicial deference in reviewing the validity of administrative agency rule-making for Program Statements, meaning that judges have the power to set the regulations aside. Additionally, Loper means that even codified agency rules of blatantly unconstitutional or in conflict with the clearly-expressed statutory language of statues such as the SCA or FSA, the will be at risk of being overturned. The Unit Teams (Bureau government staffers) have taken upon themselves to not properly apply, the Second Chance Act, FSA, or to front load GCT, those regulations are new fair game for reversal.

The Plaintiff has shown under the circumstances at FMC Carswell comments of Regional staff member, attempts through processes and Warden, that administrative remedy process to be futile and fruitless and exhausted by all reasonable attempts. See also: Doe v. Federal Bureau of Prisons, 23-cv-5965 (AT)(JLC) (USDC SD NY, 12-28-2023) the petitioner claimed that the Bureau of Prisons (BOP) violated federal statues by failing to effect their immediate transfer to prerelease custody. 1) The Court addressed the issue of exhaustion of administrative remedies, and while the petitioner had not completed the usual four-step administrative process, an exception applied due to futility. The Court granted petition and ordered the respondent to transfer the petitioner to prelease custody within 30 days. "In the case of Komando v. FCI Berlin Warden Richard A. Luna, 22-cv-425-SE LD. A.H.(Feb. 6, 2023), which took place in the District of New Hampshire, Jerry Ngome Komando, a federal prisoner, filed a petition for a writ of Habeas Corpus under 28 U.S.C. Section 2241. He challenged the Bureau's refusal to apply his credits to his sentence due to an immigration detainer lodged by U.S. Immigration and Customs Enforcement (ICE). The Court considered cross-motions for summary judgement, ultimately ruling in favor of Mr. Komando."

The Plaintiff has offered several pieces of evidence from AIC's who have also been brave enough to combat the Unit Teams (BOP) staff for their rights in support of her motion and she respectfully wishes her own exhibits and affidavit to stand as FACTS OF TRUE and CORRECT FACTS for herself and all other AIC's who fight for their rights. These vital supportive pieces of material evidence by fellow witnesses (eye witnesses) further prove the Pattern of Conduct, Fraud, and Conspiracy against the Plaintiff even though each Plaintiff must file separate 28 U.S.C. 2241 MOTIONS.

The Plaintiff firmly asserts that the Court MUST take into account that it is not reasonable to believe that so many AIC's across the (BOP) as a whole are misrepresent ting the illegal unconstitutional actions by Unit Team staff members with such alike abuses, lies and refusal to properly apply the laws. It is CLEAR that (BOP) Unit Teams are instructed to break the law. The disregard to the rights of AIC's is intentionally conducted with real distain to AIC's as human beings worthy of equal protection. The Program Statements of the (BOP) are MERELY EARWASH and well drafted public relations schemes to cast a FALSE image in the eyes and minds of any reader, this is evident by the pattern of conduct by (BOP) Unit Team staff members. This Honorable Court is requested to defend the laws and rights of this human being (an AIC) before it.

The Defendant's knowing intent to not accurately apply the laws is a criminal act that knowingly with intent causes a real and true harm to the Plaintiff. The mens rea requirement is met in these Defendants. The Unit Team staff members 'specific intent" to not properly apply the required laws and place the Plaintiff who is a Minimum into prerelease custody (Home Confinement or Halfway House) under 4042(a)(2) that clearly states "Regardless of the amount of sentence remaining" shall be applied. In one of the most famous conspiracy cases, United States v. Falcone, 311 U.S. 205, 61 S. Ct. 204, 85 l. Ed. 128 (1940), There, the Supreme Court affirmed the Second Circuit. It is not enough that he does not forego a normally lawful activity, the fruits of which he knows that others will make an unlawful use, he must in some sense promote their venture himself, make it his own, have a stake in its outcome. The question is whether the Defendant's purpose was to be associated with the larger venture. See United States v. Battaglia, 394 F. 2d 304, 311 (7th Cir. 1968), cert. denied, 401 U.S. 924; see generally, United States v. Inocencio, 40 F. 3d 716, 725 (5th Cir. 1994); United States v. Gilley, 836 F. 2d 1206, 1209-1210 (9th Cir 1988), cert. denied, 109 S. Ci. 219.

First Step Act of 2018: FSA credits must be given from the DATE OF SENTENCING and or the date of enactment, which ever s later. See Austen Yufenyuy v. Warden, FCI Berlin  Case No: 22-cv-443-AJ [New Hampshire], agreed and ordered that FSA Earned Time Credits that occur while in transit/ BOP detention transfers SHALL be awarded.  See Vitaly Borker v. Warden Bowers, Case No: 1:24-cv-10045- LTS [Massachusetts/ May 2024], recently agreed and ordered that all FSA credits from the time of sentencing SHALL be awarded.  The only time when FSA is not awarded in on writs, refusals or SHU.  See Loper Bright Enterprises v. Raimondo  Case No: 22-451 [June 28, 2024] United States Supreme Court put in play that ALL BOP Program Statements internally created whose purpose was to deny AIC's FSA FTC credits, SCA and RDAP among other time credits for early release, as well as APA remedies with cookie cutter denials.  BOP MUST implement and apply Congressional Ruling Law and intent.  BOP cannot withhold AIC's FSA credits with the excuse "there is no halfway house space."

REQUIRED TO FRONT LOAD GOOD TIME CREDITS (GCT):  18 U.S.C. Section 3624(b)(1) states GCT must be applied upfront, not as earned.  Revised and updated 02/11/2022 and 03/12/2022 Fed Reg Vol. 88.

18 U.S.C. Section 3632 (d)(6):  First Step Act credits SHALL be in addition to any other rewards or incentives for which a prisoner may be eligible.  In simple terms, prisoners are entitled to both Second Chance Act and First Step Act rewards.

Second Chance Reauthorization Act of 2018:  Is in part to keep the prison population moving forward and reintegrating AIC's with family and the community, by and among other things: by sending "minimum" (as priority or low recidivism risk levels to home confinement and or CCC placement.  All inmates are NOT REQUIRED to pass thru halfway house if they have a home to go to and only if the Court so ordered.  See U.S. v. Laughlin 933 F. 2d 786.91 and 18 U.S.C. Section 3624(c).

18 U.S.C. Section 3624(c)(4):  Allows for pre-release custody  (4) No limitations.  Nothing in subsection SHALL be construed to limit or restrict the authority of the Director of the Bureau of Prisons under 18 U.S.C. Section 3621.

18 U.S.C. Section 3624(g)(1)(A)(B):  Eligible prisoners in general.  Allows time credits GCT & FSA = Time Left To Serve.  Home confinement is available to qualified "minimum/ minimum".  This subsection applies in the case of a prisoner as such term is defined in section 3635 [18 U.S.C. Section 3635] who has earned time credits under the risk and needs assessment system developed under subchapter D [18 U.S.C. Section 3631 et seq.] [referred to in this subsection as the "System"] in an amount hat is EQUAL TO THE REMAINDER of the prisoner's imposed term of imprisonment; and has shown through the periodic risk reassessments a demonstrated recidivism risk reduction or has maintained a "minimum or low" recidivism risk during the prisoner's term of imprisonment.  [My credits are GREATER than the term of imprisonment left].

18 U.S.C. Section 3624(g)(10)(11):  Allows for pre-release custody or supervised release for risk and needs assessment system participants.  (10) Time limits inapplicable.  The time limit under subsection (b) and (c) SHALL not apply to pre-release custody under this subsection.  (11) Pre-release capacity.  The Director of the Board of Prisons SHALL ensure there is sufficient pre-release custody capacity to accommodate all eligible prisoners.  First Step Act and Second Chance Reauthorization Act of December 21, 2018, P.L. 115-391.

18 U.S.C. Section 3621(b):  Allows home confinement and halfway houses to be considered places of imprisonment.  It also allows AIC's to be transferred at ANY TIME during inmates sentence upon consideration of listed factors.  See Evans v. Villingham 413 F. Supp. 2d. 155. 2006 U.S. Dist Lexis 4452 [D. Conn 2006].  Duties under 18 U.S.C. Section 3624 DOES NOT LIMIT BOP's duties under U.S.C. Section 3621(b).  This section also allows for the placement of the prisoner to a facility closet to the prisoner's PRIMARY RESIDENCE, and to the extent practicable, in a facility within 500 driving miles of that residence.

18 U.S.C. Section 3632(a)(7):  In general.  Not later than 210 days after the date of enactment of this subchapter [enacted ecember 21, 2018] the Attorney General, in consultation with the Independent Review Committee authorized by the First Step ct of 2018, SHALL develop and release publicly on the Department of Justice website a risk and needs assessment system eferred to in this subchapter 18 U.S.C. Section 3621 et. seq] as the "System", which SHALL be used to:  (7) determine when a prisoner is ready to transfer into pre-release custody or supervised release in accordance with 18 U.S.C Section 3624.

18 U.S.C. Section 4042(a)(2): The intention of The Second Chance Act is, in part, to reduce the prison population moving forward toward reintegration to the community by, among other things, sending those with low/ minimum recidivism risk levels to home confinement or a halfway house, regardless of how much time remains on their sentences. Duties of The Bureau of Prisons. In general. The Bureau of Prisons, under the direction of the Attorney General SHALL: (2) provide suitable quarters and provide for the safekeeping, care, and subsistence of all persons charged with or convicted of offenses against the United States or held as witnesses or otherwise.

CFR 524.42: To prepare a Progress Report for the warden's review and approval. [28 CFR 523.44 and Program Statement P5410.01 pg 15  11/18/2022 min/low Pattern Score]. Unit Team is responsible for calculating time credits including pre-release date and max number of potential FTC's AIC's can earn during entire sentence.

Program Statement P5321.08: Allows time restraints to be removed.

## INDEX OF LEGAL REFERRENCES

1. 14th & 8th Constitutional Amendments

2. United States v. Loper, Supreme Court

3. Woodley v. Warden, USP Leavenworth, 24-3053 JWL  May 15, 2024

4. Doe v. Federal Bureau of Prisons, 2024 WL 455309 at *1-4 (S.D.D.4. Feb. 5, 2024)

5. Ramirez v. Phillips, 2023 WL 8878993, at *4 (E.D Cal. Dec. 22, 2023)

6. Komando v. Luna, 2023 WL 310580, at *4-8 (D.D.H. Jan. 13, 2023) (Page 2) *7 2023 WL 1782034 (Feb. 6, 2023)

7. Sierra v. Jacquez, 2022 WL 18046701, at *4 (W.D. Washington  Dec. 27, 2022)

8. Shah v. Quinlin, 901 F. 2d 1241 1244 (5th Cir. 1990)

9. Rourke v. Thompson, 11 F. 3d 47, 51 n. 10 (5th Cir. 1993)

10. Holloway v. Gunnell, 685 F. 2d 150, 154 (5th Cir 1982)

11. Powe v. Ennis, 177 F. 3d 393, 394 (5th Cir. 1999)

12. Whitney v. Horn, 280 F. 3d 240-252 (3rd Cir. 2002) cert. denied, 537 U.S. 1195, 123 S. Ct. 1351, 154 L. Ed. 10 30 (2003)

13. Laing v. Ashcroft, 370 F. 3d 994, 1000 (9th Cir. 2004) quoting SEC v. G.L. George Sec., Inc., 637 F. 2d 695; 688 (9th Cir. 1981)

14. Beharry v. Ashcroft, 329 F. 3d 51, 62 (2nd Cir. 2003)

15. Giglio v. United States, 405 U.S. 150, 153, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972)

16. Tri V. J.T.T., 162 S.W. 3d 552, 556 (Tex. 2005)

17. Pike v. Tex EMC Mgmt., LLC, No: 10-14-00274-cv-2007 Tex. App Lexis 5217, 2017 WL 2507783, at *5 (Tex. {2018 U.S. Dist. Lexis 9) (quoting Akin v. Dahl, 661 S.W. 2d 917, 921, (Tex. 1983) (quoting Energy Maint. Servs. Grp. 1. LLC. v. Sandt, 401 S.W. 3d 204, 220 (Tex. App. - Houston {14th District} 2012, pet. denied)

These carefully crafted measures to blatantly break the law by the named Defendants and unnamed Defendants (all BOP government employed Unit Team staff members throughout the BOP) substantially shows the mens rea within a conspiracy against AIC's as a whole. This Plaintiff has equal rights to reap the intended benefits of all laws of this country passed to which she is eligible. She comes before this Honorable Court of Law to have the laws ordered to be followed and applied immediately.

The Plaintiff prays the Honorable Court GRANT an immediate ORDER to prerelease custody as warranted under the law. She also requests protection by the Court from abusive behavior and conduct and retaliations by FMC Carswell's staff through loss of privileges, any management variables being placed suddenly in order to prevent or allow argument she is not suddenly eligible, loss of personal property and transferred to another prison out of this Courts district before a ruling is determined and a final Order is entered.

Under 4042(A)(2) and after correctly applied upfront calculations for FSA, GCT, and SCA, the Plaintiff is also warranted to be GRANTED immediate transfer to prerelease custody, halfway house and or home confinement.

Done This _26th_ Day Of _Nov_ 2024.

Humbly,

_Maria Guevara_

"Ask, and it shall be given to you, seek and you shall find; knock,
and it shall be opened unto you for everyone who asks receives;
and he who seeks finds; and to who knocks it shall be opened."
Matthew 7: 7;8

CERTIFICATE OF SERVICE

I, the undersigned do hereby certify that this motion has been sent to the Clerk of this Court via U.S. mail postage prepaid affixed. Further she request that a copy is provided to all parties via the CM/ECF system as she is detained and has no other means.

Done this _2nd_ Day of _December_, 2024.

Humbly,

X _Yoria Guevara_

Reg No:. _06645 - 018_

82 pages Attached
in motion File



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GUEVARA, MARIA ROSALBA   06645-018

SEQUENCE: 00253113
Team Date: 08-18-2024

| | | | |
|---|---|---|---|
| Facility: | CRW  CARSWELL FMC | Proj. Rel. Date: | UNKNOWN |
| Name: | GUEVARA, MARIA ROSALBA | Proj. Rel. Mthd: | LIFE |
| Register No.: | **06645-018** | DNA Status: | DAN04372 / 05-25-2011 |
| Age: | 68 | | |
| Date of Birth: | 12-07-1955 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | DEPORTATION INVESTIGATION |

## Inmate Photo ID Status

| |
|---|
| Full status incomplete - Expiration: null |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| *NO ASSIGNMENTS* | | | |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 08-16-2002 |
| CRW | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-15-2006 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW MS | C | AM I DRINKING ENOUGH WATER | 02-21-2021 | 02-28-2021 |
| ALI | C | ACE MAKING DECISIONS SP CLASS | 03-28-2018 | 05-02-2018 |
| ALI | C | CHAMPS REENTRY MON 1-2 E. JENK | 07-06-2017 | 09-02-2017 |
| ALI | C | FDIC SPANISH-FCI | 02-07-2018 | 03-07-2018 |
| ALI | C | TEAM BUILDING SP FCI | 10-19-2017 | 11-16-2017 |
| BRO CAD | C | ORIGAMI | 02-04-2016 | 03-03-2016 |
| BRO CAD | C | REENTRY MENTORING | 05-19-2015 | 06-09-2015 |
| DAN F | C | RPP1 - NUTRITION | 08-28-2013 | 08-28-2013 |
| DAN F | C | RPP6-PERSONAL GROWTH | 06-06-2012 | 06-06-2012 |
| DAN F | C | RPP1 - NUTRITION | 02-22-2012 | 02-22-2012 |
| DAN F | C | MEDICAL TERMINOLOGY (SPAN) | 09-20-2010 | 11-17-2010 |
| DAN F | C | ACE-BLUE PRINT READING | 02-27-2008 | 03-20-2008 |
| DAN F | C | ACE SPAN TYPING | 04-23-2007 | 12-13-2007 |
| DAN F | C | ACE SPANISH CLASS-ORTOGRAFIA | 02-09-2005 | 05-18-2005 |
| DAN IHPH | C | PERSONAL GROWTH & | 08-24-2002 | 08-24-2002 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-09-2010 |
| CARE4 | MRC CARE REQUIRED | 12-19-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 02-28-2023 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 06-10-2021 |
| NO DUTY | NO DUTY DUE TO MEDICAL COND | 07-22-2024 |
| NO F/S | NO FOOD SERVICE WORK | 07-22-2024 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 09-13-2022 |
| WHEELCHAIR | REQUIRES WHEELCHAIR | 06-06-2024 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: GUEVARA, MARIA ROSALBA  06645-018

SEQUENCE: 00253113

Team Date: 08-18-2024

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 11-02-2016 |
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 08-28-2002 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:**   **NO OBLG**   **FINANC RESP-NO**   **Start: 02-13-2017**

Inmate Decision:   **AGREED**   **50%**   Frequency: **MONTHLY**

Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $1,400.00 | $367.78 | IMMEDIATE | EXPIRED |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $665.00   Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 11-22-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 08-19-2024 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-19-2024 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-19-2024 |
| N-DYSLEX Y | NEED - DYSLEXIA YES | 04-15-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-19-2024 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-19-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-19-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-19-2024 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-19-2024 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-19-2024 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 08-19-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-19-2024 |
| N-WORK Y | NEED - WORK YES | 08-19-2024 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 08-19-2024 |

### Progress since last review

Current work assignment is unassigned. Did not incur any incident reports since last program review.

### Next Program Review Goals

Take at least two ACE classes. Take the Assert yourself for female offenders.

### Long Term Goals

Take an apprenticeship course of your choice by 12/25.

### RRC/HC Placement

No.
Management decision - LIFE sentence.

### Comments

Inmate has a poverty/skills need
NO PREA CONCERNS NOTED OR MET
INMATE HAS LIFE SO UNABLE TO PUT IN FOR RRC/HC.

REGNO..: 06645-018 NAME: GUEVARA, MARIA ROSALBA

FBI NO...........: 8280EA0              DATE OF BIRTH: 12-07-1955  AGE:  68
ARS1.............: CRW/A-DES
UNIT.............: 1 MS                 QUARTERS.....: F03-271L
DETAINERS........: YES                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

THE INMATE IS PROJECTED FOR RELEASE: LIFE


---------------------CURRENT JUDGMENT/WARRANT NO: 030 ---------------------

COURT OF JURISDICTION..........: NEW YORK, NORTHERN DISTRICT
DOCKET NUMBER..................: 1:00-CR-293-001
JUDGE..........................: MCAVOY
DATE SENTENCED/PROBATION IMPOSED: 07-09-2002
DATE COMMITTED.................: 08-14-2002
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $1,400.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1) & 846 C/T/P & DIST HEROIN(COUNT 1);21:841(A)(1) &
         (B)(1)(C) POSS & DIST HEROIN(COUNTS 2-4);18:201(A)(1)(A) & 371
         CONSP TO COMMIT BRIBE OF PUBLIC OFFICIAL(COUNT 5);18:201(B)(1)
         (A) & 2 BRIBE OF PUB OFFIC(COUNTS 6-12);13:1325(D) ESTAB COMM
         ENT FOR EVAD IMMIGR LAW(COUNT 13);18:1326(A)(B)(2) RE-ENTRY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION............: LIFE
 DATE OF OFFENSE................: 06-03-1999




G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 06645-018 NAME: GUEVARA, MARIA ROSALBA


------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 05-21-2009 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-27-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 07-09-2002
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 06-03-1999

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    06-28-2000     07-08-2002

TOTAL PRIOR CREDIT TIME.........: 741
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: ARRESTED ON 6-28-00 AND HELD IN CONTINUOUS CUSTODY.
                05-21-09: COMP ASSUMED BY DSCC.FJH/D


G0002        MORE PAGES TO FOLLOW . . .

REGNO..: 06645-018 NAME: GUEVARA, MARIA ROSALBA


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 12-18-2002
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....:
CHARGES......: DEPORTATION INVESTIGATION


G0000        TRANSACTION SUCCESSFULLY COMPLETED

### FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:06645-018, Last Name:GUEVARA

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Register Number: 06645-018

Inmate Name
   Last.........: GUEVARA
   First........: MARIA
   Middle.......: ROSALBA
   Suffix.......:
Gender.........: FEMALE

Risk Level Inmate....: R-MIN
   General Level......: R-MIN (-7)
   Violent Level......: R-MIN (-7)
Security Level Inmate: LOW
Security Level Facl..: ADMIN
Responsible Facility.: CRW
Start Incarceration..: 07/09/2002

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 7
General Score: -6, Violent Score: -3
Risk Item Data

| Category | – Assignment – | Start | – Stop |
|---|---|---|---|
| EDC | ORTOGRAF | 02/09/2005 09:47 | 02/09/2005 09:47 |
| EDC | SP TYPING | 04/23/2007 09:50 | 04/23/2007 09:50 |
| EDC | BLUE PRINT | 02/27/2008 09:18 | 02/27/2008 09:18 |
| EDC | MED TRM SP | 09/20/2010 12:40 | 09/20/2010 12:40 |
| EDC | TEAMBLDGSP | 10/19/2017 18:00 | 10/19/2017 18:00 |
| EDC | FDIC SPAN. | 02/07/2018 18:00 | 02/07/2018 18:00 |
| EDC | DECISIO SP | 03/28/2018 18:00 | 03/28/2018 18:00 |

-------------------------------------------------------------------

Item: Work Programs, Value: 1
General Score: -2, Violent Score: -1
Risk Item Data

| Category | – Assignment – | Start | – Stop |
|---|---|---|---|
| WRK | CBL FLOOR1 | 01/10/2014 00:01 | 01/10/2014 00:01 |

PRD CALCULATIONS THRU _11_ / _30_ / 2024
COLLISION DATE/ LAST DAY IN (LDI)

AIC: _Maria Rosalba Guevara_
Reg#: _06645 - 018_
Sentenced Date: _07_ / _09_ / _2002_
Sentenced To: _35_ Years / _420_ Months / _12,600_ Days  _"Life"_
Commit Date: _08_ / _14_ / _2002_

First Time Offender: _____
Risk Level: _MIN_
Security Level: _Low_
Violence Level: _MIN_
General Level: _MIN_

FSA Eligible: _____
Projected Collison Date: _____ / _____ / _____
PAST DUE For Home Confinement: - _721_ Days

## CORRECTED CALCULATIONS PER LAW

| | FT/FED Days | Earned GCT | Jail Credits | Pre-FSA Time | Earned FSA | Post FSA Time | |
|---|---|---|---|---|---|---|---|
| Line #1 | _12,600_ | _1296_ | _741_ | _5638_ | _1080_ | _2175_ | = _1670_ |

Line #2  Projected FSA & GCT = _960_ (FSA) + _534_ (GCT) = _1494_

_1494_ Subtracted From _1670_                    -/+ _176_
Six Month Home Confinement/ 3624(b) or 10%      -/+ _180_
Sub Total                                        = _356_

Second Chance Act/ 1 Year                        -/+ _365_   ↓
Total                                            = - _721_  [Days Past Due/Days Needed To Do]
                                                            [For Home Confinement]

*************************************************************************************

## HOW CALCULATIONS FOR FSA AND GCT CREDITS ARE CALCULATED

TOTAL FSA CREDITS = _____
TOTAL GCT CREDITS = _1890_

FORMULA FOR EARNED FSA CREDITS:
    Total Post FSA Days Served   _2175_
    FRP Refusal Days           - _0_
    Total                      = _2175_

_2175_ Divided By 30 = _72_ x 15 = _1080_ Earned FSA Time Credits

FORMULA FOR PROJECTED FSA CREDITS:

-     FT/ FED Days      *12,600*
-     Total GCT Time      - *1,890*
-     Jail Credits      - *741*
-     Pre FSA Days Served      - *5,638*
-     FSA Time Credits      - *365*
-     FRP Refusal  Days      - *0*
-     Total      = *3,966*

*3,966* Divided By 30 = *132* x 15 = *1980* - *1080* Earned FSA = *900* (-    Days) Projected FSA Credits

FORMULA FOR EARNED GCT CREDITS:

-     Total Full Years Served    *24*    Years

*24*    Years Served x 54 Days Per Year = *1296* Earned GCT Credits

FORMULA FOR PROJECTED GCT CREDITS:

-     Total Full Years Left To Serve    *11*    YEARS

*11*    YEARS Left To Serve x 54 Days Per Year = *594* Projected GCT Credits

### EARNED AND PROJECTED TIME CREDITS AT A GLANCE

-     Earned GCT Time Credits      *1296*
-     Earned FSA Time Credits    + *1080*
-     Jail Credits    + *741*
-     Pre FSA Time Served    + *5638*   [Time prior to 12/21/2018]
-     Post FSA Time Served    + *2175*   [Time after 12/21/2018]
-     Sub Total    = *10,930*

-     Second Chance Act/ 1 Year    + *365*   [Per law/ Missing from Unit Team's calculations]
-     Six Months Home Confinement    + *180*   [Per law/Missing from Unit Team's calculations]
-     Sub Total    = *11,475*

-     Projected FSA    + *900*   [Front load per law/ Missing from Unit Team's calculations]
-     Projected GCT    + *594*   [Front load per law/ Missing from Unit Team's calculations]
-     GRAND TOTAL    = *12,969*

NOTES:

Need projected FSA to be front loaded per First Step Act

Need projected GCT to be front loaded per 3624(b)(1) and Fed Reg Vol 88

Need 365 days/1 year given per Second Chance Act

Need *180* days given for home confinement per 3624(b)

# Attachment | Exhibits

# 7

* Evidence of Staff's abusive Conducts

*Exhibit b*
*pg 1 of 2*
*evidence of staff conduct*

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 45300074
TO: Warden
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 05/15/2024 02:49:33 PM

To: Warden Rule
Inmate Work Assignment: na

Good afternoon,

A. Please investigate and uncover WHO is intercepting AIC'S emails to you.
B. This email is for my documentation as I precede to OIG, Internal Affairs, Washington D.C. and Regional Offices putting
   documentation into this Team's Jacket. For your FYI as well.

C.  Unit (1) manager Rebella had a town hall today A.M.
    She was very clear to reveal in showing of feeling and character. as follows:

1. (quote) "I don't give a flying "F..K" what anyone says, I am going to run this unit the way I want to run it.

2. (quote) "I don't care a flying F..K. how many times you email the warden, I am going to run this unit the F..K.in way I want to
   run it".

3. (quote) "If "you people" feel special enough to write the warden, I do not give a F..k.

4. (quote) "Every email 'you people' send to him he gives to me."

5. (quote) "And 'you people" can keep on doing it if you think I give a "f..k".

6. (quote) "you people" the ones who want to watch the New's, what do you want to watch the news for?
            There is nothing going on out there, and you only need the New's for an hour".

7. (quote) "You people" can just go to REC and watch the News".

The abominable and abominate disgusting, hate, loathe, dislike, lack of respect for authority and AIC'S that was an display of
projectile, toxic irresponsible and lacking propriety of the standards that should be, must be, applied in her position, or any
BOP position.

8. We were informed by Rebella the two T.V.'s , one was to be News and One Sports.
   An AIC reminded her about what she had told the unit. This particular AIC is a 'White Woman" in which Rebella referred to
   as 'YOU PEOPLE". (a racist remark)
   ***If any of us were to refer to the Black community as "YOU PEOPLE" that would start a war because it is very racist!

Rebella's response was very aggressive. (quote) " That was the original plan but my plans change.

Note: Rebella changed her plans AFTER she had a meeting with her MOB companions who wanted this 'NEWS T.V. for extra
additional programming such as "teen Mons" and Killer Cases" etc..
Rebella NEVER had any discussions with anyone in the unit other than her MOB companions who control this unit.

9. At the end of her town hall , one of her MOB companions said to Rebella. '(quote) " Address the fact you are not racist".
   Why is this important?  This proves that Rebella is involved in sharing emails to YOU to her MOB companions!

I must add>  To even ask why "YOU PEOPLE"why do you want to watch the NEWS for?  shows her lack of knowledge, her
ignorance in what is going on in the world and why she has lack of intellect and why she does NOT know her job!

Example: Rebella tells AIC'S that ... "HOME CONFINEMENT" ended in 2018!   (Do I need to say more)?

Warden, Is this the person AIC"S are to go to for Help, guidance and instructions to what is available is helping assist in getting
out of prison?

TRULINCS 45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

Rebella, considers herself the highest authority for any AIC in her unit1

Are you giving rebella's behavior a license because she and Unit Manager Vaughn are savory with one another, per Vaughn, "he is your boy" (quote).

There are consequences for the staff when behaviors are displayed that are verbal or aggressive , racist.  Her foul language is a fireable offense.      (MORE)

*Exhibit 2*    *pg. 1 of 2*

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

*Evidence of Treatment and Staff conduct*

---

FROM: 73053279
TO: Brueland, Victoria
SUBJECT: for the record
DATE: 09/20/2024 09:48:52 AM

I am writing this email to make sure that it is documented about the harassments that Ms. Brown is up to in one north. Today is the 20th of Sept. 2024 and this all started around 7:45 am and has continued on past 9:45 am.

Ms. Brown a case manager in one north who has been documented many times by myself and other AIC's as a person that is highly racist, aggressive, hostile, and viberally abusive began by coming into the unit this morning and screaming at the top of her lungs "GET YOUR ASSES UP, AND IF YOU DONT KNOW I WILL TAKE EVERYTHING YOU HAVE IF YOU HAVE SHIT UNDER YOUR BED. YOU MUST NOT KNOW ABOUT ME! I AM GIVING YOU ALL 15 MINS TO GET EVERYTHING HID FROM ME"..

This hostile threatening action causes so much fear and panic from AIC's who live here. We have to live in prison and the rules state to provide us a CALM living environment per the program statement from the BOP. She goes out of her way to make life as hard as she can. She states comments such as "If you don't like it don't come to prison" or "It is prison deal with it or go to the SHU". She openly favors blacks and makes it known to everyone. There has been reports of her fist bumping black inmates and shouting "black power". Nothing is ever done to protect us from her.
She has a favorite inmate and that inmate attacked a guard and was put in the shu and is now back in one north and is known for threatening older white women and is here for killing one but they keep forcing us minimum and low AIC's to live with this kind of threats.

Brown has been only causing fear and threating people when they come back to see her as their case manager since that AIC was placed into the shu, and just like that as soon as that AIC comes back from the shu yesterday Ms. Brown is up in the unit laughing with her and having her back into her office and Brown has been in the unit screaming at all other AIC's and making threats almost as if she is showing off for that AIC!

My mother and I have boxes of legal work under our bunks and she is threatening to trash everything that is under bunks! We have asked many many times in writing for legal lockers that we can get to and nothing has been done. I have a legal locker that is upstairs behind two locked doors and no officer can let me into it because for over two years the lock has been broken. I have gotten a new lock from commissary and officers have called to have someone come cut that lock off and I have gone to every upper unit staff member and nothing has been done. I have open cases in three courts and my legal locker is vital to protect our legal documents. WE have been told that staff was coming to take it all away and I see that Brown is the one that is attempting to head that up.

I have never in 11 years lived in a unit with such hate, humiliations, threats by staff, abusive desires by staff, then this unit one north and its staff members. I am sick of living like this with nothing ever being done to stop them. Prison was my punishment. NO WHERE IN THE RULES OF THE LAW. DOES IT STATE THAT THE PRISON STAFF IS PART OF THE PUNISHMENT TO BE PRESSED UPON A PERSON. IT DOES NOT STATE THAT PRISON IS TO BE AS UNCONFORTABLE AS THEY CAN MAKE IT. IT DOES NOT STATE THAT THEY ARE TO ISSUE PAIN AND SUFFERING. IT IS THE PUNISHMENT OF BEING REMOVED FROM MY FAMILY, WORLD, AND LIFE OUTSIDE. BUT IT IS NOT THE LAW AND ORDERS OF THE COURT THAT STAFF IN THE PRISON ARE TO PUNISH ME AND MAKE MY LIFE HARD AND AS UNCOMFORTABLE AND STRESSFUL AS THEY CAN IN EVERY WAY.

THAT IS THE WAY THIS STAFF TREATS HUMANS IN THEIR CARE. AND HOW DARE IT EVEN BE STATED THAT WE AIC'S ARE IN THEIR CARE! CARE WOULD IMPLY THAT THEY CARE AND SHOW CARE AND HELP US. THEY DO EVERYTHING TO BEAT US DOWN. AND THEY LAUGH ABOUT IT. THEY CHALLANGE US TO FIGHT. WE DONT STAND A CHANCE IN HERE TO MAKE IT OUT AS A WHOLE PERSON.

Going to the Warden is not helpful because by the time you can print out all your proof and hand it to him he has already blindly trusted that the staff that he even has admitted to me and mom is (dirt) and knows that they commit (foul play). So I have to document this here so that I have a record that what has happened. Administrative remedies is fruitless and is honestly cruel because you are retaliated upon by their friends and lovers that work here. Some will even get other (pet) AIC's to cause you harm. I will send this straight to the judges and to the law firm taking on the cases.

Faith Blake
Sent 20th 2024

Exhibit 2    2 of 2

TRULINCS  73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------------

P.S. note that should be taken into account. On Sept 19th the declaration about Ms. Brown was received at the courts from my mother Ms. Lang and it was the same day two hours later when Brown started coming into the unit screaming at everyone. It lines up that each time the court receives something on this unit team there is a hostile action in return.

*Exhibit 3*
*Evidence of staff conduct*
*Treatment towards AIC's*

RULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

---

ROM: 73053279
O: <u>Johnson, Kaley</u>
UBJECT: Hello there
ATE: 05/16/2024 08:30:39 PM

*(STAR Telegram Reporter)*

/ell it is happening once more in here. Ok, that is not a fair statement to all of the women living in this place because it HAS EVER STOPPED HAPPENING! The forced suffering, the plain outright torchure of another human being, the complete lack of are, and basic murder. A lady in my housing unit one north has been going to medical for weeks saying how bad she was urting in her gut to zero avail. They would tell her "you are fine, take some ibuprofen and drink water" and then it was " you are aking it don't come back we are tired of you" ...

he was picked up on the back of another inmate in the unit who wishes to not have her name in it.. because she was in her ell on the floor blacked out. Still no medical help.

inda (the lady who is in the hospital right now) was very honest with the medical dept. that she was having to lean on the other idies in the unit for pain relief through what ever means she could find because she was SUFFERING IN SERIOUS PAIN AND HE MEDICAL DEPT WOULD NOT HELP HER!!!! Because she said that to them they said that she brought this on herself.

VHAT!!!!!!!!!!!!!!!?????????????????????????? I am so upset. If any human being is suffering a pain that is to the level that she is ound in her bed with her feces in her throught and mouth to the point that she cant breathe and when the officer has to pick em up out of the bed they she was "found in" and it is covered up in bed... don't you think that that person's pain was ERIOUS AND FREAKING REAL??????? That did not have to happen to her period ... medical could have done the right thing nd ran tests to find out why she was in so much pain. They could have done a simple x-ray to see what was going on in the nside of her... but no they did what they do here and blamed her and called her a fake and sent her on her way with the orders o drink water and take ibuprofen.

Vhat kind of sick people are the bop hiring?
'his is not a one time thing which one could call a sad accident this is a hard core <u>PATTERN OF BEHAVIOR BY THE BOP</u>. The ast people who have died here and the ones in here suffering all alone prove that. All the women who have spoken up for the nes suffering and the ones who have pasted away due to the <u>SAME KINDS OF ISSUES WITH THEIR FECES CHOKING HEM TO DEATH IS A PATTERN.</u> We are in hell in here. We are entrusted to people <u>who kill.</u>

\sk the simple question if you were to keep a person in a room in your house and refuse them medical care until the point of leath on the horizon or till they died what would the world do to you?

\nswer: you would go to prison for murder and or attempted murder and kidnapping and trochure. The media would rip you part and call you a <u>MONSTER!!</u> So why can the BOP do just that over and over and over and over and over and have ZER<u>O</u> UNISHMENTS FOR IT?????

'HAT IS A PROBLEM. <u>WHAT IS GOING ON IS A CRIME! IT IS MURDER! IT IS CRUEL AND UNUSAUL. PERIOD.</u>

\ person in enough pain will resort to finding anything to take that pain away alittle how DARE THEM BLAME THIS ON HER.

lust tonight I had to go to the officer because a active cancer lady in our unit is in so much pain that she is sweeting and crying ind they sent her to medsurge and I told her I am so sorry but they are going to be so mean to you over there and they are joing to take your blood presure and tell you to go to sick call tomorrow that is all they will do for anyone no matter what but at east go and document your treatment so if something bad happens it is on the record.
he was over there for under 20 mins. They took her blood pressure and got in her face <u>and laughed at her!!!!!!</u> and told her to jo to sick call tomorrow and to get back to her unit. Along with more but you see ... suffering is APART OF OUR SENTENCES 'O BE SERVED IN FMC CARSWELL <u>AND DEATH IS NOT OFF THE TABLE.</u>

hope that you are moved to cover this fast. I don't know if you are going to do anything with that package i sent you... but that ne ladies picture speak to the suffering levels.. and you can use them.

'hanks
aith Blake
\s always you can use my name.
).s. we were told today by a staff member that she is not going to make it. I will send you her last name.

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 73053279
TO: Warden
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 05/09/2024 10:36:54 AM

To: Warden Rule
Inmate Work Assignment: na

Good morning,
    Well Sir this is my final email to you personally. I will only be speaking to OIG and documenting the reality of the racism and retaliation going on in unit team that Many of us have tried to express to you.
    This morning at about 9 am Ms.. Brown went outside to the picnic area with inmate Honesty and was fist pumping with her and others and Honesty was yelling "power to us and Ms.. Brown is only for us and our black sisters, if you want to get out of here and go home she is how we do it POWER POWER POWER YEAH FUCK YEAH Brown's got the sisters back!!"
    They were laughing and pumping each up and Brown was engaging with the racism and yelling. Do you understand just how comfindant one has to be to conduct themselves in such a manner?


    I AM DONE! It is so in our faces here, and you warden, can not see it because they represent one thing to you and you are blinded by the urge to believe that "all inmates are the same" vs. seeing past our stations in life right now and your staff's stations in life as "bop stand-up citizens" to sanction and put a halt to the hate and disrespectful treatment so many of us AIC's are faced with daily by the racisest, targeting unit team members that are in positions of power here at FMC Carswell. After such a illegal public display of racism and favoritsm towards the black (known bully, drug dealing, violent AIC's) I have no choice but to be done with attempting to seek help within the walls here. Therefore, I will document the acts witnessed because others are far to FEARFUL to document because we know that retaliations follow such revelations. My mother did not raise a women that holds fear in her soul.

    I will be printing of this email for my file. It is being forwarded as well. I also wish for it to documented that I shared information with Ms.. Franco IN regards to ongoing and my mother and I offer her help. We want to live in a equal and respectful facility and will seek such a goal.

    Humbly,

    Faith Blake

CC to OIG
CC to SIA

(No Response)
exhaustion Futile
Evidence of Staff conduct

TRULINCS 28604510 - HAMILTON, BRENDA S - Unit: CRW-G-A

---------------------------------------------------------------------------------------------------

FROM: 28604510
TO: Warden
SUBJECT: ***Request to Staff*** HAMILTON, BRENDA, Reg# 28604510, CRW-G-A
DATE: 07/18/2024 02:47:02 PM

To: Warden Rule, A.W. Hess & E. Cotrell
Inmate Work Assignment: na

Dear Warden Rule,
As of 7-17-24 @ 11:45 A.M. I spoke with you on Main Line in reference to Legal Motions filed in reference to #2241 Motion pretaining to computations needed to be posted & release date to be given. At Main Line you stated you knew nothing about it & referred me to A. W. Hess following your stated command this is what I did & Mr. Hess referred me to Mr. E. Cottrell Unit Mananger for information needed & stated he responsible for this data. I approached Mr. Cottrell on Main Line & he stated he knew nothing of anything concerning a #2241 Filed through Northern District of Texas United States District Court Fort Worth, Texas concerning my calculations or release date. Felt at this time possibly court NOT served paperwork yet! Decided to wait it out or call court to find out status.
On evening of 07-17-24 returned to Unit CC5 approximately 3:00 P.M. & was called by officer on duty to pick up mail I had received. Upon opening letter found information from court & copy of answer from E. Cottrell, Unit Manager. I was totally upset as I figured I was lied to by Mr. Cottrell or fraud had been committed as a response letter which was signed by Mr. Cottrell was enclosed with his signature from court. I felt lied to myself & with respect would have appreciated honesty as best policy instead of an untruthful response from Cottrell on 07-17-24.
I am continuing follow-up with court concerning this matter & feel paperwork signed & documented by Mr. E. Cottrell, Unit Manager should be found & reviewed for consideration in this matter.
As my additional paperwork submitted to court reaches Fortworth, Texas District Court I am sure a follow-up concerning my computation & release date to H/C will be reviewed.
Would appreciate you Warden Rule, A.W. Hess to check into this matter & let me know outcome with truthful response.
Regards,
I. D. No., 28604-510
Brenda S. Hamilton

( No Response )
~ Exhustion Futile ~
Evidence of Staff's dishonesty

*EXHIBIT B-2*
*Page 1 of 2*

TRULINCS 00715510 - COMPTON, CRYSTAL - Unit: CRW-G-A

--------------------------------------------------------------------------------

FROM: 00715510
TO: Warden
SUBJECT: ***Request to Staff*** COMPTON, CRYSTAL, Reg# 00715510, CRW-G-A
DATE: 05/07/2024 02:21:50 PM

To: Warden Rule
Inmate Work Assignment: urgent issues

Dear Warden Rule,

I am C. Compton (00715-510), an inmate on 5th CC Hospital unit. I have encountered several issues during my short stay here at Carswell. I arrived here on April 1st of this year. Upon admission, I was transferred to Carswell due to the fact that I had multiple medical needs. I was initially placed on 4th NCCN, where I remained for a little more than a week. Thereafter, I was transferred to 4th borders, then 5th CC, just spent 11 days in quarintine on 3rd in isolation, and now back to 5th CC. With each move, I was told that my care level was decreased from admission; because I try my very best to do everything for myself despite being confined to a wheelchair since a spinal cord injury in 2017, and requiring foley catherization due to neurogenic bladder. Despite my disabilities, I continued to work as an internal Medicine Physician in Kentucky up until indictment. I am well versed on the type of medical care I need and require to sustain quality of life.

Much to my surprise, I was told by Dr. Jason Miller, DO, that I was able to walk! Imagine my astonishment! It could be nothing short of a miracle from God himself, because I haven't walked in 7 years. In addition, Dr. Miller NEVER examined me; not once! And, he certainly never performed a neurologic exam on me to see what abilities I do have. To give you some insight, I had a T8/9 spinal cord injury in 2017 and had to undergo emergent decompression surgery due to near paralysis. My left leg recovered following surgery, but the right leg still requires therapy and exercise. I spent 3.5 weeks in Cardinal Hill Rehab Center learning to care for myself after surgery. I am determined to walk again! So, I do therapy on my own daily to strengthen.

When I questioned why I was being moved to 5th, I was told it was because I could walk. Despite the fact I have a foley catheter, which I have to go to the 4th floor to have any care for. I spoke to the entire chain of authorities that I was directed. I started with Ms. Smith (4th floor counselor), and initially she was very proactive and helpful. But, after checking with her boss, she was told to 'not get involved because the doctor said I could walk'. I went and spoke with Lieutenant Segal. She was most helpful and was actually advocating for my assistance. However, she too, was told to not get involved. Finally I went to Mr. Cartwell and CD Phillips in main line. They assured me that they would get back with me, and I have yet to hear ANYTHING from ANYONE. In addition Nurse Nodland wrote me a shot, say I was attempting to move back into my room on 4th floor after having been moved to 5th CC. THIS IS FALSE. I had not moved anything from my room at the time. And, I explained this in great detail in my appeal statement to Ms. Smith. Then much to my surprise, I log into my account today and see I am on comissary restriction! I was under the impression that the issue had been resolved. But, clearly not the case.

Along with the physical limitations, I also have medical limitations which include chronic immunocompromisation. I just left quarantine yesterday for Covid. Less than one week after being transferred to 5th CCU, I contracted Covid when 2 of my 10 roommates fell ill with the virus. Upon diagnosis, I was placed in quarintine with 3 others with Covid. We recieved NO MEDICATIONS, VERY LITTLE MEDICAL ATTENTION, HAD TO DRINK TAP WATER, AND IF WE NEEDED HELP WE HAD TO BANG ON THE DOOR FOR NEARLY 30-40 MINUTES AT TIMES; AND THEN AN INMATE CAME TO THE DOOR AND WOULD GO FETCH HELP FROM A CO OR NURSE. I can honestly say, I'd have been better taken care of left to my own devices. I have never witnessed such a gross display of medical neglect in my entire career. Especially for a federal facility that specializes in medical care of inmates.

Will continue in second message...

*(NO RESPONSE)*
*Evidence of Treatment*
*and Exhaustions Futile*

Exhibit IB - 2
page 2 of 2

TRULINCS 00715510 - COMPTON, CRYSTAL - Unit: CRW-G-A

--------------------------------------------------------------------------------

FROM: 00715510
TO: Warden
SUBJECT: ***Request to Staff*** COMPTON, CRYSTAL, Reg# 00715510, CRW-G-A
DATE: 05/07/2024 03:46:24 PM

To: Warden Rule
Inmate Work Assignment: continue urgent request

Warden Rule;

As mentioned in the previous email, I have gone through all the appropriate channels as instructed, and I still have not recieved any answers. In fact, I have been placed on restriction, yet I never had a hearing with ANYONE about this.

I was supposed to have been teamed last week, but was in quarantine. I spoke with Ms. Washington twice this week and she said that she would call me into her office today. It is now afternoon, and I have not had any contact with Ms. Washington; but, I have attempted to contact her in her office by knocking, but seems she is on the phone or busy.

Since being here, I have faced only further hardships at this facility. It is evident that no one is worried for my well-being or medical health. I have spoken with my attorney and he (and his assistant) have made several attempts at calling this facility; each and everytime only to be placed on hold for greater than 47 minutes before hanging up. My sister, who is my POA, has also tried to call and check on my well being while I was in quarantine (because we had no phone for the entire 11 days I was there), she was also placed on hold several times greater than 45 minutes. Finally, my sister contacted US Marshalls from Kentucky and they called to get an update on me because they told my family this facility has a multitude of complaints with the maltreatment, abuse, and neglect of their inmates. The Marshall suggested she fly here and tend to the issue on my behalf because it seems as if there were many in danger at this facility.

My attorney needs to zoom meet with me concerning my upcoming appeal; as well as he is going to assist me in being transferred out of this facility for medical neglect and endangerment of disabled inmate. This whole issue with the doctor at this facility claiming that I am able to walk has taken a toll on me mentally, emotionally, and socially. It's as if I am being dishonest about my disability; and that is soooooo far from my character. I also ask that you remove the restriction placed on my comissary, because I was never provided a hearing; and had been assurred that the situation was handled following my appeal note.

I would appreciate some time with you at your earliest conveince. Your assistance and prompt attention is greatly appreciated.

Sincerely,
C. Compton 00715-510

(No Response)

*Exhibit* *pg. 1 of 6*

*Evidence of Treatment & conduct of staff*

RULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

ROM: 45300074

O: Warden

UBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N

ATE: 04/13/2024 08:16:21 PM

o: Warden Rule/Continue lay out of RETALIATION

imate Work Assignment: na

continue...

er Ms.. Williams (who is now my daughter's roommate)  Once back there Ms.. Williams addressed Ms.. Rubella calmly and rofessionally about the FACT that for the past 8 months Ms.. Williams had been filing reporting on the threats and bullying from imate" Honesty." Ms.. Williams asked MS. Rubella why are you not doing anything bout this? Why will you not follow policy?" vithin a hour and half , Ms.. Williams was notified Ms.. Rubella was moving her.

must return to what happened when Mr.. Clements "lost it" when he was told that I had left to go to the Medical Dept. to get larity.  Mr.. Clements turning red in the face, and screamed in my daughter's face "YOU DONT RUN F..KING S..T HERE! 'OUR NEXT MOVE IS TO THE SHU!!!  Mr.. Clements also had threatened me with the SHU if i did not get packed out NOW!

reported to the Medical Dept. and ask about "If there was an order to move me from 2-North away from my daughter to 1- lorth".?  I was told that "There was NO order of this nature from their dept., but to come back in the morning due to being verloaded there in the clinic.

move ahead)...I did return to the Clinic the following morning early.  I spoke with Nurse Masters and ask her, was there an rder for me to be moved from 2-North away from my daughter to 1-North?  she said, "Not that she was aware of but would heck with Dry. Brown.  She did so, and called me in and I met with her and Mr.. Cates.  They reviewed the computer file and dry. Brown had stated that there was nothing in the Computer of any move approved or ordered and Nurse Master's, stated" Vhy are the team doing this, no one has contacted us!  It was also stated to me that a statement "Wheelchair bound" vould not even show up for anyone to see by ANYONE to even make that an reason to move someone as an order.  They annot see into the Medical files.

***DR. MARCARDO-SERRO IN DEC 23, HAD RELEASED ME IN TOTAL FROM CC5 TO BE HOUSED IN 2-NORTH WITH IY DAUGHTER.  IT TAKES DR. MARCARDO TO RELEASE FROM A MEDICAL UNIT.   (MORE on this as we go).

had gone to the Medical Dept., because I am NOT 'WHEEL CHAIR BOUND" by any Medical orders.  The Medical Dept. made : very clear to me that their Dept. had nothing to do with this we promise you that". Actually, I walk the track 2-4 laps! (kudo's to me) without a wheel chair or a walker.

During all of this... My daughter went to the unit team door which was locked (as it always is) and saw Mr.. Clement's Mr.. Moore and Mr.. Colbert standing in front of Mr.. Colbert's door.  Upon spotting my daughter Mr.. Colbert left the threesome. Mr.. Colbert did not take charge and call his underlings down.

Mr.. Clements along with Mr.. Moore started to walk towards the door and Mr.. Clements yelled 'THIS IS NOT MY DAMN OPEN HOUSE"!  He preceded to open the door where my daughter was standing and my daughter asked,  Mr.. Clements why are you moving mom, she's not 'Wheel Chair Bound"?

Continue please the next email...

Exhibit 8

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

2 of 6

--------------------------------------------------------------------

FROM: 45300074
TO: Warden
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 04/13/2024 09:03:37 PM

To: Warden Rule/ Continue lay out RETALIATION  3
Inmate Work Assignment: na

Thank you for your patience Warden Rule, sorry these emails are all cut in pieces.  but I have to have record that it is sent to you.  Thank you).  I am giving you "details" but this plot will unfold very clearly for you.

Mr.. Clement's said, Mr.. Clements,  "MEDICAL ORDERED IT. !  he then preceded to slam the unit team door.

n Unit (1) when Ms.. Allen met with us, she said  "Ms.. Lang you're going to cell # 242 UPSTAIRS".  We all replied, UPSTAIRS!??
what upstairs"?  Mr.. Clements said  "Medical moved her here due to they said "She is Wheel chair bound and cannot be
housed in unit 2-North"!

Ms.. Allen's reply.. "What"?  "That's not what happened".  I am the one who called mar. Clement's and I told him that I need a
body" anyone, I don't care who it is and he said "OH! I'VE GOT THE RIGHT ONE"  "i had nothing to do with this and I don't
gree. "

 This proves Mr.. Clement's lies about it being medically ordered or that I was "Wheel Chair Bound"!

 A week or so prior to this, Mr.. Clements received a write up to the Warden Rule directly by my daughter Faith Blake about his
failure, nastiness, and temper towards a new inmate whom had been placed on a upper bunk over me when she arrived here
from Bryan Federal Prison with a lower bunk order on her MDS.  This lady had attempted through Mr.. Vaughn 3 times, Mr..
Clements 3 times to nothing being done concerning her being on the top bunk.  We were in a dangerous situation!
On the day my daughter took to writing to you Warden Rule, Mr.. Clements had screamed in the face of another female that "I'm
ot talking to you, get the hell away from me or get a "shot" NOW!".

 At that point my daughter told the inmate to write to you right then.  My daughter did the same because of all the hate and the
threats that were being dished out and we just could not allow this to continue.

 My daughter told YOU in that email she would be retaliated against for emailing YOU.

 you re-call, my daughter also stopped YOU in the hallway of the hospital and asked " How do you want us to report
retaliation" ?   YOU answered "to me directly".  My daughter replied, 'ok" Sir I will".

 onths before all this I and my daughter had been waiting on Mr.. Clements to room us (cell) us together in the same cell as we
re "Mother and Daughter".  We approached Mr.. Vaughn and he told us that he had instructed Mr.. Clements to take care of
is.

 3 weeks of Mr.. Clements promising every week  "I have a room for you two".  Then Mr.. Clements called for my daughter to
ome to his office in 2-South.  When she arrived there He stated " I want you and your mother to share a cell, it is going to
appen, I think that's a good thing".  My daughter replied 'Thank you me too.

 r.. Clements said, "So maybe that will keep you quite you know..about staff"  , My daughter replied.. 'Are you saying if I shut
) I can have my mother?"  Mr.. Clemet's replied, "Well I never said that...but  , my Daughter agreed.

 was a few days later, Mr.. Clements ask me in his office in open house when I went to see him.. "I want you and your daughter
 house together, but I do not want any  problems" My response was.. Problems?  I do not cause problems".  Then I went on
 tell him how this was very important that we are together at this time, because I have a Granddaughter who is joining the
 )OF" and we are very worried and concerned and this is a time that we need to be together.

 ontinue.... in the next email

EXHIBIT O

3 of 6

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 45300074
TO: Warden
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 04/13/2024 10:17:44 PM

To: Warden Rule/continuation of retaliation 4
Inmate Work Assignment: na

Mr.. Clements would say that he did not have any bottom bunks available ( a false statement)..but in a few days later we were celled together.

My daughter stopped all reporting on Officers, their sexual misconducts, drugs, threats, etc.. UNTIL my daughter wrote YOU the Warden.

Mr.. Clements, had received an email from You Warden Rule, (he had it on his desk and called the lady into his office who was still on my top bunk.  His statement was to her.." So, I get a p....ed off email from the Warden, you are moving NOW! Pack up! your going upstairs for the night". Then tomorrow back down stairs".  This new lady told Mr.. Clements ,"I cant walk upstairs, i cant climb".  Mr.. Clements yelled at this lady " I DONT CARE!" WARDEN SAID MOVE YOU NOW!"

This is where Mr.. Clements retaliation stems from.  He waited for a time he could hurt and 'pay back" my daughter in some hurtful way.  Its called an "injury for an injury"  .  Mr.. Clements felt injured by my daughter ..breaking their deal and causing him harm, and he chose this point to "pay back" through me, what my daughter value's most besides her children.

So Mr.. Clements lied about my reseaming to move me as if it being medically ordered.
But as I have shown you by Ms. Allen's, and those who were moving me that medical never ordered it.  MS. Allen requested "a body" any body".  that showed the intent to retaliate.

    In April 10th (morning) early, Mr.. Vaughn and Ms. Kelly were in two North unit.  My daughter explained to Ms. Kelly what had occurred.  Ms.. Kelly said. " We don't need a reason to move you , we can move anyone anytime we want to Blake".

My Daughter responded, "Not with a lie and out of vindictiveness and retaliations.  "  Ms. Kelly responded, 'You cant prove that" My daughter responded " yes it all lays out"  .  Ms. Kelly responded "Well to be real honest  I don't want any wheelchairs or walkers on my unit any way. "And I don't want inmate "Cantu" but I'm stuck with her ass, so it is what it is".

My daughter was so shocked, she did not reply at such hatred and stepped to Mr.. Vaughn's and said "Good Morning Sir" I need your help to get my mom back up here with me". This had nothing to do with a medical order she's not and never has been wheelchair bound as a MATTER OF FACT she gave up her wheelchair". Mr./ Vaugh replied " "SHE WHAT!? "OH" well NO Ms.. Blake your right, medical had nothing to do with it nor did I".  i simply was asked by Ms.. Rubella to swap a body and i told Mr.. Clements before I left for the day to pick someone".  At no point did I say your mom".

My daughter then reminded Mr.. Vaughn that he had emailed me saying that "There's nothing to worry about".
 (See my marked exhibit that will be enclosed for your viewing).

Continue.......

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

----------------------------------------------------------------------

FROM: 45300074
TO: Warden
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 04/14/2024 08:14:16 AM

To: Warden Rule/Continuation retaliation
Inmate Work Assignment: na

Even though I was "warned" I did not believe it, I was feeling 'safe' because Mr.. Vaughn had told me " I had nothing to worry about". (See email).

How did "Tom" know these words 'Wheel Chair bound" and it was going to be used as retaliation?  Mr.. Hess has never saw in my Medical Records 'Wheel Chair Bound" per the medical Staff.  Yet, Mr.. Hess, had this information, and why did he give it to Tom?  Why did Tom take this information to Mr.. Clements?

Mr.. Hess, had these words "Wheel Chair Bound" in an email that I had sent to the Captain back  dated in March 13th 2024, about my concerns about this "wheel Chair Bound" statement in my records, which was put in my records for the first time in 9/27/23.  This was the beginning when I began to move aggressively to leave CC5 (death Row) and move to general population and house with my daughter.  I have had to fight this for almost 4 years but have not aggressively as I begin right before the end of 23.  ( See Email Marked # 4).
I sent a copy to Mr.. Hess!  This is where he got this from.  Mr.. Hess used this by giving "Tom" this information to pass to Mr.. Clements.  ( See : Affidavit).  Mr.. Clements chose this time to pull this card..."Wheel Chair Bound" and Medical ordered my move, upon receiving this from"Tom".

I am now asking, Who is Tom? Why is Tom having all these private meetings with Mr.. Hess, YOU the Warden, and some medical personnel?  All these meeting in and out of staff offices without knocking and side bar meeting in the hallways, cannot be all about his getting the system to protect his vagina.  Who is he, that the staff is using to pass information?

Before coming to an end with a list of the emails, that I am hand delivering to you... there are a couple of things to mention.

Friday, Ms.. Rubella changes her story from tell Ms.. Allen to exchange a "body" for anybody" to".
When she was called by Ms.. Williams Mother (whose daughter is a Congress woman) , Ms.. Rubella makes a big mistake.  Her story is to Ms.. Williams mother concerning the move was that... 'They received an emergency phone call that a lady in another unit who is 'WHEELCHAIR BOUND".had to be moved to the lower unit 1".
  A.  there was NO emergency phone call
  B.  Her story is now changed
  C.  she told this story to Mr.. Austin
This shows that Mr.. Vaughn and she got together and decided to use "THIS" to cover up and protect Mr.. Clements.
This shows Mr.. Vaughn rally the troops, not willing to correct the wrong but continues to fall even further into the hole now by having Ms.. Rubella change her story, but that is wayyyyy to late. The other staff had already spoken the truth that, just change a "body" anybody".

QUESTION:  WHERE IS THAT WHEEL CHAIR BOUND LADY, TO WHOM THERE WAS AN EMERGENCY MEDICAL CALL FOR TO BE MOVED?

CONTINUE:  WITH A LIST OF EMAILS AND COP-OUTS NEXT ...

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N
--------------------------------------------------------------------------------

FROM: 45300074
TO: Warden
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 04/14/2024 09:00:05 AM

To: Warden Rule/Continue retaliation
Inmate Work Assignment: NA

OUTLINE OF EMAIL/COPOUTS AND (1) AFFIDAVIT

Exhibit (A)  Clinical Encounter dated ; 9/2/23  The P.A. Marri, made observation:  in my CC Visit that day..
        "Wheel Chair Bound", Lungs clear Care level 3 "i said"  "All my issues are taken care of . I am good".
        Note:  This was an observation that day, NOT a Doctors order.  I was in my temporary chair that day due to
        walking the track and my Achilles Tendon on my right foot was giving me problems but that was nothing to report.
I was still out of my chair because I am NOT Wheel Chair bound.  I was still released by Dr. Mar cardo-Serro to General
Population to house with my daughter.
Note:  This is the only place in my medical records that the words 'Wheel Chair Bound" is used.  And these words went to Mr.
Hess by way of an email to the Captain which I forwarded to AW Medical.  So how dies this get to "TOM" and Tom to Clements?
Why would Hess do this?

Exhibit (B) Cop-Out  to Dr. Marcardo-Serro dated  3/12/24   A month ago I am addressing this issue, with this being used as
retaliation. Here I am expressing the fear this will be used to remove me from 2-North from housing with my daughter.

Exhibit (C) Here I am contacting Mr. Clements date 3/13/24 in Cop-out... That my legal paper work that i print off is coming up
(1) North) and again this is suspicious when I was released to 2-North to be house with my daughter.
 also followed this up by email 3/14/24  ( See Email #2). =Exhibit (D)
was answered.  But Mr.. Clements did not answer per Mr.. Vaughn , I was told that Mr.. Clements cannot receive any emails.
wandered about this because the answer I knew did not come from Mr.. Clements.  He is not bright enough to come up with
he answer.

Look at Mr.. Vaughn's answer.  Your unit assigned is determined by your designation to Carswell.  You have a chronic care
designation and by that you should be housed in Unit 1.
 What is the problem with this answer?  A.  My designation to Carswell was to CC5.  there was NO Unit 1 Medical Unit.
The second part of his answer is:  It probably wont change unless Health Services changes your designation to general
population".
 What is wrong with this part of Mr.. Vaughn's answer?  It DID CHANGE, Dry. Marcardo-Serro approved-released me to 2-
North to house with my daughter which is General population!  This was on the speaker phone with Cottrell and Washington
and Ms.. Washington came to 2-North and got me a bed and saw that I got to 2_North with my daughter.

This was a side winded response from Mr.. Vaughn.  Clements not smart enough for that.

Exhibit (E) dated 3/14/24  Shows that i hand delivered a cop-out to Mr.. Vaugh in the main line, and he agreed to get with me to
discuss this.  He did not.  He sent me an email to say "THERE IS NOTHING TO WORRY ABOUT".

CONTINUE WITH A FEW MORE EMAILS-COPOUTS AND CLOSING REMARKS

TRULINCS 45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 45300074
TO: Warden
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 04/14/2024 09:42:57 AM

To: Warden Rul/ Continuation of Retaliation
Inmate Work Assignment: NA

Exhibit (F) Marked #4 Email :

This is the email dated 3/13/24, I sent to the Captain showing my concern about this being used as retaliation and I forwarded it
to A.W. Medical.
The disgruntled staff member was Mr.. Cottrell about me moving off of CC5, this has passed down to Mr.. Hess to Tom to Mr..
Clements to be able to use at the opportune timing.    Please read.

Exhibit (G)  Affidavit (2 Pages) by Jacqueline Graham

I do have more information but I feel this is enough to prove How and why this was used and to whom it was used against.

Closing remarks:   Warden Rule,  I desire nothing more than peace in my life while I am in this place.  I do NOT cause
problems, I do NOT concern myself with who has sex with whom , Who wants to live a perverted life style, I spend my time
keeping my mind on the 'MAN UP STAIRS IN THE FAR BLUE YOUNDER'S" STUDING TO KNOW ABOUT HIM, WHY?
because this life is so very short and there is not time to waste in making sure that my heart and my soul is right with HIM.
I am 70 years old and do not have all the time in the world like others feel that they have.  I have worked very hard to gain my
health back, and now restoring my youth.  All that I want to do is spend time with my daughter while I have the time.
I do not plan to live to 103.  I make sure I do not get involved in other peoples matters , but it seems like somewhere there is an
magnet on me that screams,,,hey, you can dump your emotional baggage on me. (including some staff).  I do not turn anyone
away who wants to talk or feel they need a mother or a grandmother, but I always advise them back to what the original
definitions of the Hebrew words are so they can have the true meanings/advise.
I do have much information that is in the gutter on lots of folks but I have not ever discussed any of it with anyone, nor do I
desire to.  This is between them and the Man up stairs in the high blue yonder.  There is fear, that I will among some of the folks
and are aware, I am a eye witness to much that has gone one in here.  I would rather leave it all in the dark, and live in peace
with everyone.
What was done to me was strictly retaliation and cover-up by Mr.. Clements and the unit team.  All I am requesting is that this
be corrected and made right so I can live with my daughter in peace and love.  I have a forgiving soul.  We must forgive in order
to be forgiven.  Need I say more, show more?  heaven forbid.
 know YOU can make/order this wrong that has happened, right.

Sincerely, SHALOM  , to this house

Ms.. Lang


                                        THE END

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

83.

Pg. 1 of 2

----------------------------------------------------------------

FROM: 73053279
TO: Warden
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 07/21/2024 03:40:03 PM

To: Warden Rule/ Administrative Remedies/Mr. Hess/OIG
Inmate Work Assignment: na

Good afternoon Warden Rule,

I am keeping my word that I was going to be providing you and the correct additional people with a write up on the events of July 17th of 2024 I just wanted to take a few days to prepare it and make sure I could relay it to you with as much understanding as it was due and saddly my understanding of what, why and how this person conducted themselves could not be calmed after a few days of sitting in it.

Employee Conduct page 23 number 10 states: "Disrespectful conduct, use of insulting, abusive, or obscene langauge..."
Expanation: "includes verbal abuse of inmates"...
First Offense: Official reprimand to REMOVAL
Second Offense: 14-day suspension to REMOVAL
Third Offense: REMOVAL
Reckoning Period: 2 years

Myself and my mother Barbara Lang have come to you Sir over the abusive language and actions by Unit Team Staff member Ms. Brown (and Rubella but she was not here this day) on more than 3 occautions. I am aware July 17th 2024 actions demand an end to Ms. Brown's rein of terror.

What I witnessed this women do and scream at AIC's can not go unpunished per to BOP's own program statements, Internal Affairs program statement and the Constitution under the 8th Admendment under cruel and unusual punishment.

When that fire drill happened MANY ill women fell out HARD with major seizures. Some threwup while in thier seizures and Thank God another AIC saw the women in hte full disstress and she rushed to her aide, cleared her mouth and turned her head and attempted in that tight spot of being between the bunks on the floor and under the stool to prevent further damage to occur. Ms. Brown was SCREAMING "let her fucking go!! you get your fucking door now!"!!!
When the women responded "I cant leave she is hurt and she is slamming her head and she threw up."
Brown screamed, " I do not give a fuck about what you are attempting to do I gave you an order now get out or I am writing your fucking ass up!"
That poor lady was helpless and so was the one bouncing off the crement floor. The AIC left shaking and cring and had to then go to the massive packed out crowd at the doors and stand there while Brown left that AIC all alone not giving any aide to her at all. The lady now has two huge black eyes from that event.

Brown proceeded to Scream at the massive crowd trapped at the front doors because AIC Laura was having a massive seizure laying between the two doorways. Her arms and hands were laid streched out infront of the doorway and her legs infront of the other doorway. AIC's were attempting to help her to get her out of the stampede ordered and being pushed by Brown. But once more Brown Screamed, "fucking leave her there and get out that fucking door now!!"
The other officers attempting to get through the door to come in to help could not get through because AIC's were being pushed by Brown out and the officers on the outside were screaming at us to move back to move back in so they could get to the ones that needed help.
I and my mother stoped to watch and I told my mother, "I will not roll you over pour Laura's body, I will not do that" Mom responded "no we will not being doing that ... this is just so awful Faith, please do something ... can you get Laura out of the rush people are rolling over her hands and arms oh my God Faith... we cant allow this stop them!!!"
I told my mom to stand up so that I could use her chair to try to get Laura out of here ... Right when mom stood up two officers made it through and they went to Laura... I yelled.." Hey please open the other door... she is getting crushed hurry... Brown is forcing it.. "
Mr. Hernadez jumped up and saw that she was and he opened the second door... which allowed medical to also get in.
The other officer placed his knee hard into Laura's back which stunned me,.
I said, "hey just lift her and get her outside,. place her into the grass.. but she is getting run over"
Brown heard me and told me " get your ass fucking through that door or you are getting a shot"

I dont do well being threatened at all Sir. A calm line could have been sit up but that is not what Brown did.

Exhibit 6
pg. 2 of 2

TRULINCS  73053279 - BLAKE, FAITH - Unit: CRW-H-N

-----------------------------------------------------------------------------------------------------

This scene was CRUEL AND SO UNPROFESSIONAL AND CAN NOT BE ALLOWED TO BE UNPUNISHED.

Upon returning into the unit Ms. Brown stated, " When I give you a fucking direct order to get out you all do it, you are not here to help anyone that is my job and you all will get out of the way and let us do our jobs. You would have died in that fire. But I am going to tell Ms. Rebulla that you did a good job give yourselfs a hand"

I was so taken back... she was so cruel. Then she proceeded to call us all Motherfuckers.

Then when the ladies showed up to clean up the throwup in the cell from that one lady, Ms. Smith said to them, "I am not letting you all in my unit until you go get your fine ass boss to come over here with you.. I want to see that man's ass"..

Brown and Smith are out of control and they do not have any respect for themselves, us and not for you as their boss..
I am sending this on to all the persons listed and mom's email is forthcoming as promised.
I am sorry your staff is so out of control... I dont feel you know all you need to.

Exhibit 7
pg 1 of 5

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

Evidence of Staff
Treatment

--------------------------------------------------------------------

FROM: 73053279
TO: Correctional Services/Captain
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 06/02/2024 03:00:44 PM

To: Captain Smith
Inmate Work Assignment: na

Good after noon Captain Smith,

   There is just no way that I think that you are going to be surprised by this email. My mother and I study program statement and policy because we live here and this for now has to be our home, therefore, being mistreated is just not something that we choose to ever allow to be permitted as I know you are aware. Fairness is of importance to us.

   I printed off your signed Bulletin referencing changes in rules for AIC's. Please allow me to question and address certain inmate's Disciplines as in Mass punishment. Also addressed to the unit per to Lt. My first thought is... "ok, the Captain working to stream line operations, she is attempting to simplify, trim operations for a efficient design.

   Myself, being my mothers daughter, I have had to learn to not react as quickly as I might in my shock but, I listen, read, study, and then I have to reread and research before I respond. This is how I was taught by my mother and father.

   Captain Smith lets address your volley bulletin titled "contraband/Disruptive Behavior in the Housing Units and Common Areas"

"Additionally, disruptive behavior (unwitnessed fights, assaulty, groupings, etc.."

The following privileges' will be suspended for the discovery of the above referenced items in common areas of housing units"
Then you list the punishments

loss of televisions
25.00 restriction to commissary
loss of TV./phones/computer access

As this reads you have signed to implement "mass punishments" to a unit for someone's misbehaving. Captain, this in Not allowed in your program statement. Please see: #5270.99 your inmate discipline program
#541.1 Purpose

"by allowing Bureau staff to impose sanctions on inmates WHO COMMIT prohibited acts. Sanctions will NOT be imposed in a capricious or Retaliatory manner"

lets define the "who" in 541.1
Means: the person or persons committing prohibited acts.
These are the inmates the Bureau staff can sanction.

lets define how the sanctions will NOT be imposed.

(cont. on page 2)

Exhibit 7
pg. 2 of 5

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 73053279
TO: Correctional Services/Captain
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 06/02/2024 05:36:32 PM

To: Captain Smith page 2
Inmate Work Assignment: na

Page 2.

  Answer" in a Capricious or Retaliatory manner.

    Define Capricious, ... in a erratic manner, having a sudden impulsive change i n thinking or acting.

    Define Retaliatory, .... re-back punishment in kind, to return like for like or injury for injury.

This is what you are doing here. I will suffer an injury (i.e., loss of commissary, phones, tv.) due to the actions of someone else and maybe even someone that is not known.
When an inmate is santioned for a prohibited act the staff cannot sanction any other person such as a whole unit, this is both capricious and retaliation.

Principles apply to every disciplinary action:
    (A) Incident report written by staff (this is written to the inmate WHO DID THE PROHIBITED ACT). This incident report is not written to every inmate in the unit where the prohibited act was done.

    (B) The disciplinary action is to regulate AN INMATES behavior within Bureau rules.

    (C) Staff control inmate behavior in an IMPARTIAL AND CONSISTENT MANNER.
:)

Without bias= menaing a slanting or diagonal line, partiality, prejudice.
Consistent manner: In agreement or harmoney holding to the same principles or practice. (consistent manner with the rules using the principles).

Slanting+ menans : do not control by a point of view or an attutude that slopes.
>Disciplinary action MAY NOT be capricious or retaliatory

Question: Are discipline reports going to be issues to ALL AIC'S in the unit due another inmates bad behavior along with the oppportunity to have a DHO hearing? What if noone sees the bad behavior and there is a mad officer one day who wishes to punish the unit or a mad unit team who wants to see us suffer? You stated "unseen" or unwitnessed. That is pure retaliation upon a whole body of persons.

Are you going to implement to each of us a 25.00 limit for someone elses bad behavior?

So, in order for we as a unit to be santioned (punished) each one of us as an inmate has to commit the prohibited act. Which means, you must issue me the code number for the offense. The inmate who did the prohibited act received. example: see prohibed acts listed page 39 appendex D. (inpart).

Lets look at Rules/types of Rules: 3.3.1 proposed rules

In making your new rules there is a porcess to follow. I will not lay it all out in this email to you.
Question: Have you implemented/followed the BOP program statement rules and guidelines to change or add a "new rule"?

Answer: I have verified that you have not.
Example: To establish new CONDITIONS or programs AFFECTING inmates or IMPOSE NEW RESTRICTIONS ON INMATES. SEE "RULE MAKING IN THE BUREAU OF PRISONS".

(A) Did the Director sign your "new rules" "new conditions" or "new restrictions" on inmates? The OGC is responsible for the clearance of all rules.

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

---------------------------------------------------------------

has the public been informed?
has your rule been submitted to the national archives and records admin officeof the federal register for publication showing, unit punishment, limit to 25 on commissary, no tv. no phone/emails because of OTHERS prohibted acts seen and unseen?

the answer to that is a simple "no" it has not.

Is there a Publication within the Bureau where the General Counsel's office transimitted copy of this rule. That is suppose to be already in the federal register for posting in all institutions for review by inmates and staff?

the answer to that is a simple "no" it is not.

5-steps in developing and clearing your new rules are in the program statments.

I already know that you are upset at me for writting this long email and questioning you in how you run the units. I am sad that you are upset by this because I would hope that you would only want inmates to be informed of all of our rights and to ensure that we are always upheld inregards to how we are treated. I simply cannot and will not be punished for anothers bad actions and to be punished for actions that you nor staff may even witness is beyond unreasonable of you to believe is ok.
Let me give you a small example: Say I am at cosomo and when I return I find that I am at 25 dollar spend and no phones/ tv/ and emails because someone known or unknown to you has done something but we know that it was not me. YOu see that as just and fair? The answer NO

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 73053279
TO: Correctional Services/Captain
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 06/02/2024 06:22:26 PM

To: Captain Smith page 3
Inmate Work Assignment: na

Page 3

I final version of the directive has to have the  Director's signature. I have had my daughter to call the Asst. Director to check on this matter and am currently awaiting that information. The reason why is because when a LT. comes into the unit and is untruthful that the new rule has come down from "regionals office" I become upset at being lied to.

>There is no Director's signature of Clearance only a signature by Captain Smith.
The Bureau includes Published Rules in the applicable PS's so staff may rely on just ONE SOURCE for policy guidance. We as AIC's rely on truthful and helpful staff members to keep to the policies and not to attempt to punish the many for the few.

>Inmate Rights and Responsibilities
  I have the right to expect that I will be treated in a respectful, IMPARTIAL AND FAIR MANNER BY ALL STAFF.

IN regards to that statement punishing me for others doings seen or unseen is not in anyway IMPARTIAL AND FAIR. And offers no form of respect to me the AIC not doing the bad behavior.

  I have the right to be informed of the rules and procedures and schedules concerning the operation of the institution.
=Rules in Policy.
(I am not going to type out every single right under the rules that I have I know that you know them and my mother has ensured that she has them in her emails to you also so I see no need to do so in this email).

I will go forward to say that I will not be held RESPONSIBLE for other prohibited acts the chose to commit or not commit sense you seen to feel that I should be punished for even unknown or unseen prohibited acts.

I request fairly and humbly that you correct that statement to us all suffering at the acts of others.

With your new rules you are claiming if one inmate does a prohibited act there is NO SUCH THING AS GOOD BEHAVIOR BY ANYONE. No MATTER if someone is doing all the right things your new rule wipes out that for them. They (we) suffer that is simply retaliation and can not be allowed. It victimizes all and that makes it capricious and very erratic in itself.

Women are the normal ones to be violated. Men not so much, they are normally the abusers. Understanding that most in here are victims of some kind should lessen your victimizing approach.

I truly hope you fix this and we move on and find a way to lessen the bad behavior of the few to commit it without subjecting all to the fallout. Policy gives you power to sanction for bad behaviors for a reason.

Faith Blake
A worried AIC

In order to have honest true transparency
CC Warden Rule
CC Deputy Director
CC Congress Member Durbin
CC Judge Rogers



# FMC CARSWELL
# INMATE BULLETIN

## Contraband/Disruptive Behavior in Housing Units and Common Areas

The production of hard contraband such as homemade intoxicants, drugs, weapons, and other devices found in the housing units is detrimental to the safety of staff and inmates. This includes all common areas within the housing units. Additionally, disruptive behavior (unwitnessed fights, assaults, groupings, etc.). is detrimental to the safety of staff and inmates as well. This behavior cannot be tolerated as it negatively impacts the orderly operation of the facility. Effective immediately, the following privileges will be suspended for the discovery of the above referenced items in common areas of housing units:

### 1st Offense within a 30 Day Period:

Loss of Television for 24 hours

$25 dollar spending restriction 30 days

### 2nd Offense within a 30 Day Period:

Loss of Television and Phone Access for 48 Hours

$25 dollar spending restriction 60 days

### 3rd Offense within a 30 Day Period:

Loss of Television/Phone/Computer Access for 72 Hours

$25 dollar spending restriction 90 days

All incidents in excess of 3 within a 90 day period may result in further administrative measures to gain compliance. When the unit is incident free for 90 days this process will start over.

L. SMITH, CAPTAIN                PREETORIUS, REGINA  17690021

# Attachment /Exhibits

8

Exhaustion's are Futile
• copies of Emails & Copouts

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Hess | 7-10-24 |

| FROM: | REGISTER NO.: |
|---|---|
| Summer Delp | 18807-084 |

| WORK ASSIGNMENT: | UNIT: |
|---|---|
| A & O | 1-NORTH |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue on back, if necessary.   Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I HAVE 580 DAYS FTC TOWARDS RRC/HL
CAN YOU EVALUATE ME SOON IN ORDER FOR
ME TO APPLY THESE DAYS.
I HAVE A VALID HOME PLAN, SUPPORT
LETTERS & A LETTER & CONTACT INFORMATION
FOR EMPLOYMENT.
THANK YOU FOR YOUR TIME

I SPOKE TO Region In front of you & was advised
to write this to start my process in a timely
manner

(Do not write below this line)

DISPOSITION:

Home Confinement

_[signature]_

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

TRULINCS 45300074 - LANG, BARBARA - Unit: CRW-G-A

---------------------------------------------------------------------------

FROM: Montgomery, Jim
TO: 45300074
SUBJECT: RE: forgot
DATE: 11/16/2023 07:36:02 PM

Not A PROBLEM!! No worries.  They are an hour ahead so i can call at 8,


I'm on it.

Love and hugs

BARBARA LANG on 11/16/2023 6:08:07 PM wrote
Also ask the person... if they have ever entered the street name for BOP in Washington D.C....."Preventive Way".  ?

Don't forget ..Get the name of the person whom you speak with.  Ms.. PETERS is the person there who is coming Here in Dec
and I think she is the person you need to speak with.  She may be the head of BOP... not sure but I do know MS. Peters is an
important person there.

Hope you feel like making this call... if not that is ok.  Hugs

*The only address made avilable To All AIC's at Carswell.*

*It was Fake! preventing all administrati remedies to be mailed and stoped all contact to washington D. C.'s office.*

*Evidence Exhaustion IF Futile*

Exhibit
C    2 of 8

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-G-A

--------------------------------------------------------------------------------

FROM: 45300074
TO: Correctional Services/Captain
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-G-A
DATE: 11/18/2023 01:51:50 PM

To: Captain Smith
Inmate Work Assignment: na

Good afternoon,

Please accept this as an recognition email and appreciate your time ...meeting with myself and my daughter "Faith Blake" in your office 11/16/23 concerning an incorrect address/Street name for the BOP Washington D.C. and the concern you exhibited over this issue.

This email also confirms that I Barbara Lang 45300074 gave you an "printed out" label which stated the address as "320 Preventive Way" for the BOP in Washington D.C.  You verified on Web sight that the address was "320 FIRST Street N.W. Washington D.C.

11/17/23: Action had taken place concerning this issue.
        A.  The computers went down on CC5 for about 30 minutes or less and when the computers came up again...the address.... B.  Was changed from "Preventive Way" to 1st St N.W.

  This appears to be another "TRICK" which is placed into this system to keep our mail from arriving in the BOP office in Washington D.C.

YES, the difference in the Name and #'s of addresses make a difference... they are totally different address even though in the same zip code.

I did address this with Ms.. Logan who was at the offices on the 1st floor and she attempted to explain away and was very nice about it.

I had outside source to contact the Washington D.C. office and they completely disputed this claim that was made by this staff that Washington D.C. changed the name of the street in the system and removed the name FIRST Street from the list of addresses in the system.  Mr.. Sweet claims he did not change the name in the system and Ms. Logan desires to back Mr.. Sweet.
Mr.. Sweet is the only onw here who can make these changes in the system.

Question:  Who ordered Mr.. Sweet to make this change which circumvents inmates mail?
            Washington D.C. DID NOT make the change.

I also have the name of the person in Washington D.C. who verified this information.

I would like to suggest that :  A.  The correction be made in this system with the
        1.  Correct street name for the printing of  "Labels"
        2.  The Correct Name ..."FIRST STREET" be restored into the list of street names .
   *****  3.  A memo goes out for the whole compound advising of this mistake and the correction has
been  made .

                    AND...***advising all inmates who have used these incorrect street names to
                    RE-MAIL their mail going to the BOP Washington D.C. Office.

Note:  I have made myself some labels again with the incorrect Street name making this the 2ND  one.

I REGRET having to come forth with this issue, but this is a very important matter for myself and all inmates.

I am very sorry that the staff does not desire our "Legal mail & Complaints to arrive at the BOP Offices in Washington D.C. but what has happened is illegal and vindictive and should I include other areas in which this is wrong?

Sincerely, Ms.. Lang

They Took "Prevention Way" OK
good... But....

The Change of The
        BOP Address is again
entered incorrectly,
    "Real Trickery"

They change it To     ( 1ST Street NW)
Thats Wrong   + Took "First Street"
off the Address List iN the Computer,
its;      First Street NW
        Washington, DC
            20534

( 1ST Street is Wrong)
(First Street is correct)
    Please re-put "First Street N.W,
    back onto the Computer List.
Total Different  The #'s of Addresses are Not
Addresses  The same as the Name of Address
        + So its entered Wrong again!

            Thanks . Mo Long
                oB/iw
    11/16    #:29   M. Basham
        Sent message To Sweet.
        IN-Part.

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-G-A

---------------------------------------------------------------------------

FROM: Montgomery, Jim
TO: 45300074
SUBJECT: RE: BELOVED
DATE: 11/16/2023 06:51:05 PM

Yes 1st thisg in the a.m. I will do that.  You saw you email where who ever you were tracking has received it haven't you?  I am so u[set with FWC because I got a letter back from you from Oct that had a form in there you wanted and maps of Russia, They said computer generated material was not allowed.  Give me a break!
That just started my ill afternoon.  After we got back from Nashville with Jimmy's neck surgery he slept on the way home and then when he got home he went downstairs to the recliner and slept more.  He is getting out of that sadation now.  I started getting out Christmas decoration and boy did I get happy.  I found not one but two tubs full of Christmas decor that I bought last year at 75 percent  off. I don't even know what I have except a whole room of decoration.  I'm so excited.  Now I have three coffee tables to decorate and a dinning table and trees. I'm as brain dead as I can be not a creative thought in my head.  JM made me quit because I have been up since 4:30.  I am tired and calling  it a night.  I may not even leave the tree up in the living room.  Don't know.  Pic to follow IF I even do anything.

I will call in the am and send an email.

Love hugs and a good nights rest.  BTY I have Row Row Sat for a little while.


BARBARA LANG on 11/16/2023 4:20:19 PM wrote
Oh my goodness, I hope that your day is just at least a little better than mine.

If and when you have the time... would you make a call to the BOP office in Washington D>C> at  #2023073198?

and ask...."Will a inmates mail get to the BOP office by using the address... 320 1st St N.W.  ... &.. not using  320 FIRST Street.  ?????

Someone keeps getting into the system and changing the street name of the BOP Office in Washington D.C.
This is important because mail coming to their office is at risk not getting there.   (like MINE!)

Thank you so much... Love YOU

⇔45300-074⇔
Bop Central Office
320 1ST ST NW
Washington, DC 20534
United States

TRULINCS 45300074 - LANG, BARBARA - Unit: CRW-G-A

--------------------------------------------------------------------------------

FROM: Montgomery, Jim
TO: 45300074
SUBJECT: RE: forgot
DATE: 11/17/2023 11:36:06 AM

NO.
Federal Bureau of Prisons

It is 320 First St N. W.
Washington DC 20534



I spoke to Pennington that lady wasn't available.
That's the only address they have.


BARBARA LANG on 11/16/2023 6:08:07 PM wrote
Also ask the person... If they have ever entered the street name for BOP in Washington D.C....."Preventive Way". ?

Don't forget ..Get the name of the person whom you speak with.  Ms.. PETERS is the person there who is coming Here in Dec
and I think she is the person you need to speak with.  She may be the head of BOP... not sure but I do know MS. Peters is an
important person there.

Hope you feel like making this call... if not that is ok.  Hugs

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-G-A

---------------------------------------------------------------------------------------------

FROM: 45300074
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-G-A
DATE: 11/17/2023 02:33:28 PM

To: Warden Smith
Inmate Work Assignment: na

Forwarded to you... need you assistance...have contacted the captain and others and D.C.
-----LANG, BARBARA on 11/17/2023 2:29 PM wrote:

>

Good afternoon,

First, Officer Logan...Let me say how much I appreciate how you engaged with me yesterday concerning the issue of the Correct Address of the Washington Address. You were most respectful, did not look at me like I was crazy, and you payed attention to the situation...worked on the problem to find the true solution and you did not behave like a demon possessed crazed person where I need to carry a Cross and Holy Water with me to counter with evil. Really you do not truly understand how much I appreciate how you conducted yourself in your position. I thank you.

Second, This address issue is not yet resolved. I had my family to contact the Washington D.C. office and have the name whom my family spoke with. Washington stated..." FIRST STREET is the only address they ever had". There is no 1st street for their office. Preventive WAY has never been an address for their office.

SO, this tells me that someone is changing the name of the address and it is NOT D.C. This is a problem. This has to be corrected in this system for our mail to reach them.

Please check on this matter and lets get it corrected.

Sincerely, Ms.. Lang

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-G-A

---------------------------------------------------------------------------------------------

FROM: 45300074
TO: Trust Fund
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-G-A
DATE: 11/17/2023 02:32:11 PM

To: Mr. Sweet/Trust fund
Inmate Work Assignment: na

Forwarded to you... to help and resolve
-----LANG, BARBARA on 11/17/2023 2:29 PM wrote:

>

Good afternoon,

First, Officer Logan...Let me say how much I appreciate how you engaged with me yesterday concerning the issue of the Correct Address of the Washington Address. You were most respectful, did not look at me like I was crazy , and you payed attention to the situation...worked on the problem to find the true solution and you did not behave like a demon possessed crazed person where I need to carry a Cross and Holy Water with me to counter with evil. Really you do not truly understand how much I appreciate how you conducted yourself in your position. I thank you.

Second, This address issue is not yet resolved. I had my family to contact the Washington D.C. office and have the name whom my family spoke with. Washington stated..." FIRST STREET is the only address they ever had". There is no 1st street for their office. Preventive WAY has never been an address for their office.

SO, this tells me that someone is changing the name of the address and it is NOT D.C. This is a problem. This has to be corrected in this system for our mail to reach them.

Please check on this matter and lets get it corrected.

Sincerely, Ms.. Lang

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-G-A

---------------------------------------------------------------------------------------

FROM: 45300074
TO: R&D/Mailroom/Records Office
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-G-A
DATE: 11/17/2023 02:29:59 PM

To: Ms Logan/Ms Frazier Mail room
Inmate Work Assignment: na

Good afternoon,

First, Officer Logan...Let me say how much I appreciate how you engaged with me yesterday concerning the issue of the Correct Address of the Washington Address.  You were most respectful, did not look at me like I was crazy , and you payed attention to the situation...worked on the problem to find the true solution and you did not behave like a demon possessed crazed person where I need to carry a Cross and Holy Water with me to counter with evil.  Really you do not truly understand how much I appreciate how you conducted yourself in your position.  I thank you.

Second,  This address issue is not yet resolved.  I had my family to contact the Washington D.C. office and have the name whom my family spoke with.  Washington stated..." FIRST STREET is the only address they ever had".  There is no 1st street for their office.  Preventive WAY has never been an address for their office.

SO,  this tells me that someone is changing the name of the address and it is NOT D.C.  This is a problem.
  This has to be corrected in this system for our mail to reach them.

Please check on this matter and lets get it corrected.

Sincerely, Ms.. Lang

EXhibit D

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N

-------------------------------------------------------------------------------------

FROM: 73053279
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 07/13/2024 06:02:45 PM

To: Unit team manager Rubella and Warden
Inmate Work Assignment: na

I have submitted back in May of 2024 my request for all my fsa and gct time to be upfront loaded along with my sca. It has been well past the 30 days for this request. It was placed in writing and email form. Thank you

(NO Response)
Exhaustion Futile

-------------------------------------------------------------------------------

FROM: 17690021
TO Administrative Remedies
SUBJECT: ***Request to Staff*** PREETORIUS, REGINA, Reg# 17690021, CRW-H-N
DATE: 07/11/2024 08:35:15 AM

To: Unit Team 1- N
Inmate Work Assignment: .

### INFORMAL ADMINISTRATIVE REMEDY

Today July 11, 2024, at 8:00am I attended open house with Mr. Austin for the purpose of submitting my Home Confinement package, that included my PRD calculations and Release Plan. Mr. Austin acted bewildered as to why I would come to him for home confinement. He wanted to know "why" I was putting in for home confinement? I responded, "I qualified under the First Step Act and Second Chance Act, specifically section 3624 (g), the law. That my Earned Time Credits were higher than my time left to serve and that I am a min/min. He then asked again, why I wanted home confinement? I stated that I wanted to go back to Georgia - my sentencing district - and take care of my 87 year old father-in-law, and that I did not need a relocation to Arizona. He acted like he had no clue as to what I was talking about. I handed him the prepared package and he read part of my "Formal Request for Home Confinement" and again stated, "he could not help me." I told him that every institution that I've been housed at, the case manager always handles home confinement. He told me to talk to my social worker about my request for home confinement, in which I responded, "I already had." I spoke to Ms. Little a few weeks ago and she told me to see my case manager Ms. Austin. At that point Mr. Austin handed me the package back and agreed that I needed to take this up with my Unit Manager, Ms. Rebella.

Regina M. Preetorius

(No Response)
~ Exhaustion is Futile ~

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE    Exhibit G    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Case Manager, Ms. K. Brown | 4/20/24 |
| FROM: Faith Blake | REGISTER NO.: 73053-279 |
| WORK ASSIGNMENT: N/A | UNIT: 1-North |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am Kindly requesting the correct time
Calculations to be completed and Applied
by My Next Unit Team.

I have attached the figured Calculations by
using the correct          Formula provided by
Congress in which I am providing you a Copy.

Thank You,

Faith Blake

(Do not write below this line)

DISPOSITION:

NO Response

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

TRULINCS 28604510 - HAMILTON, BRENDA S - Unit: CRW-G-A

-----------------------------------------------------------------------------------------------------

FROM: 28604510
TO: Warden
SUBJECT: ***Request to Staff*** HAMILTON, BRENDA, Reg# 28604510, CRW-G-A
DATE: 05/24/2024 01:45:28 PM

To: Warden Rule
Inmate Work Assignment: NA

Dear Warden Rule,
At Main Line on 05/23/24 I approached you about cop-out dated 04/07/24 Warden Hess hand delivered me when he arrived on
CC5. It was a mystery these items the cop-out & typed letter referencing the Second Chance & Elderly Act that still exists.
Although,per Ms.. Washington & Mr.. Cottrell these Acts DO NOT EXIST! Asked you why is this cop-out & typed letter NOT
SIGNED
& you stated have him sign both! You also stated for me to see Ms.. Washington on Sunday about making sure these acts and
any credits are applied towards my release & should give me a release date.
I told you would follow through & if any problems with Case Manager Washington will tell her to call & see you.Noone taught
anything & learning as I go along unfortunately. You stated things changing and steps coming up with instructions to follow.
As always appreciate you & thankful for your continued teaching,help & understanding. I just want to go home & leave a good
path with you & others to have to follow.
Will talk soon! Have great day & thanks again!

Regards,
Brenda S. Hamilton
Documented 05/23/24 1:17 pm

*NO Response Exhaustion Futile*

TRULINCS 28604510 - HAMILTON, BRENDA S - Unit: CRW-G-A

----------------------------------------------------------------------------------------------------

FROM: 28604510
TO: Case Management Coordinator
SUBJECT: ***Request to Staff*** HAMILTON, BRENDA, Reg# 28604510, CRW-G-A
DATE: 05/26/2024 01:57:58 PM

To: Ms. K. Washington
Inmate Work Assignment: NA

Dear Ms. Washington,
On 05/26/24 @ 9:20 A.M. I met w/ you during OPEN HOUSE that u called & asked did you get my e-mail? U stated you don't get e-mails ONLY COP-OUTS! Stated since first day you got here ONLY get COP-OUTS. I told you NEWS TO ME Noone ever told me & many more on CC5 that information.You said THATS THE WAY IT IS! COP-OUT ONLY!Told you had spoken w/Warden Rule & A.W. Hess in reference to my RELEASE. With existing credits including 2nd Chance ACT WHICH IS FOR HOME CONFINEMENT & INCLUDING ELDERLY ACT!You stated 2ND CHANCE ACT ONLY FOR H/H. LATER @ 9:39 a.m. YOU STATED YOU WERE WAITING ON REGIONAL & DATE TO CHANGE/BOP,ETC!You stated will MONITOR DATE!Said you will keep it going & up to  WARDEN w/INFO?,on my Calculations vs hers!Told you if due H/C why so difficult w/calculatingexit date?
Date on System States 07-25 & I said yes without credits due.You stated will change each month & I said I know that but, with BOP Calculations I I OVERDUE to go HOME!You Stated Second Chane ONLY APPLIES to H/H NOT H/C!You Stated going OVER MY HEAD NOT GOING TO MAKE THINGS GO FASTER.Your answers are confusing & NOT on track with others ABOVE your Title @ facility.

I am very upset over this & I hope you will research your findings as to be FALSE!I felt degraded,upset & very angry as TOLD to present correspondence from Warden/& A.W.Hess.

( NO Response )
Exhaustion is Futile

TRULINCS 73053279 - BLAKE, FAITH - Unit: CRW-I-N

--------------------------------------------------------------------------------

FROM: 73053279
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-I-N
DATE: 02/13/2024 08:19:03 AM

To: to whomever can help to document
Inmate Work Assignment: na

-----BLAKE, FAITH on 2/13/2024 8:18 AM wrote:

>

Good day,
   I have been prison for almost 11years now and I have still found away better then a paper trail to document the complete absence of kindness, professionalism, down right human decency towards another. When I went to the very edge of the doorway this morning (unit team doorway) upon seeing Mr.. Moore in his office and said "Good morning Mr.. Moore" and he responded with a nasty nasty hateful tone with " Why are you there what are you doing in here? " and I smiled (from the doorway not inside the hallway) and stated, " Well I saw you and thought I would say good morning and we missed you yesterday " to have him return with " Well miss me from some where else go away!! " is such a down right unprofessional and hateful manner to address a person to whom you are here to help.
   Mr.. Moore made promises last week to six of us that he had messed up our accounts that he would have to redo our contracts on Monday morning and he would have Mr.. Sweet allow us to shop Monday since it was for sure his mistakes that caused the issues. I personally spoke to you Mr.. Vaughn regarding the mistakes on my account and you agreed that he would be the one to fix it and I waited (as did others) for him all day yesterday so that we could resign new contracts and go shopping as he told us we could. Commissary may not seem like a big deal to you and the team members here but to a inmate it is the only thing that we can control and enjoy (treat ourselves with) inside living in prison. Keeping ones word to us a huge in here. We count on the staff to be helpful, kind, honest, and fair. I IN NO WAY dissevered to be so disrespectfully spoken to this morning and I am never going to become a lady that will just go hide in my room and cry over a man being cruel to me. Words carry power and his in his position carry more then most.
   I will also say while I am writing you that I FULLY expect retaliations from Mr.. Moore and guess I will just have to handle that when it comes and in what form it will be delivered. I have seen enough staff like that to know it is coming and documenting it will occur by me when it happens. I am hurt and feel like crying over the way I was spoken to and was really hoping this unit team would be different but they are simply still disrespectful and hateful.
   I understand from the news reports last night from Washington that over 5 million people called in sick yesterday after the super bowl, Washington said that they are now thinking of making it a holiday! WOW. I can say that if he was one of those who took off after the football game that his promises to us in here that are counting on him should carry more weight.
   Have a nice day and I will be forwarding this email to the proper people because I do not ever think that hate and disrespect is in order inside a position that is in place to help others with them needs. Mr.. Moore is not here to hurt us and he seem to not understand that nor does he understand or care that he is cruel.
Faith Blake


(NO Response)
Exhaustion Futile
Evidence Also of Staffs conduct

Exhibit
P

TRULINCS  73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 73053279
TO: Unit Team 1 North
SUBJECT: ***Request to Staff*** BLAKE, FAITH, Reg# 73053279, CRW-H-N
DATE: 04/20/2024 05:07:07 PM

To Ms. Brown
Inmate Work Assignment: na

Good. after noon,
  This is merely a confirmation of sending you a copout in the central mailing system. This well help ensure that all commutations are kept in file. I hope this aides in all future workings within our relationship as AIC and case manager. Have a wonderful day.
Faith Blake

*NO Response*
*Exhaustions Futile*

TRULINCS 28604510 - HAMILTON, BRENDA S - Unit: CRW-G-A

--------------------------------------------------------------------------------

FROM: 28604510
TO: Warden
SUBJECT: ***Request to Staff*** HAMILTON, BRENDA, Reg# 28604510, CRW-G-A
DATE: 05/24/2024 01:45:28 PM

To: Warden Rule
Inmate Work Assignment: NA

Dear Warden Rule,
At Main Line on 05/23/24 I approached you about cop-out dated 04/07/24 Warden Hess hand delivered me when he arrived on
CC5. It was a mystery these items the cop-out & typed letter referencing the Second Chance & Elderly Act that still exists.
Although,per Ms.. Washington & Mr.. Cottrell these Acts DO NOT EXIST! Asked you why is this cop-out & typed letter NOT
SIGNED
& you stated have him sign both! You also stated for me to see Ms.. Washington on Sunday about making sure these acts and
any credits are applied towards my release & should give me a release date.
 told you would follow through & if any problems with Case Manager Washington will tell her to call & see you.Noone taught
anything & learning as I go along unfortunately. You stated things changing and steps coming up with instructions to follow.
As always appreciate you & thankful for your continued teaching,help & understanding. I just want to go home & leave a good
path with you & others to have to follow.
Will talk soon! Have great day & thanks again!

Regards,
Brenda S. Hamilton
Documented 05/23/24 1:17 pm


NO Response
Exhaustion's Futile

BP-S148.055 INMATE REQUEST TO STAFF CDFRM

Exibit W

SEP 98

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Case Manager Ms. K. Brown | 4/20/24 |
| FROM: Faith Blake | REGISTER NO.: 73053-279 |
| WORK ASSIGNMENT: N/A | UNIT: 1-North |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I am kindly requesting the correct time calculations to be completed and applied by my next unit team.

I have attached the figured calculations by using the correct ........ formula provided by Congress in which I am providing you a copy.

Thank you,

Faith Blake

(Do not write below this line)

DISPOSITION:

No Response        Exhaustions Futile

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

---------------------------------------------------------------------------

FROM: 45300074
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 07/08/2024 03:10:21 PM

To: MAIL ROOM SUPERVISOR
Inmate Work Assignment: NA

-----LANG, BARBARA on 7/8/2024 8:31 AM wrote:

>

Good morning,

Question on a Blue Monday:(

How would you like for me to handle this BIG PROBLEM?

I have been in question to why my Legal mail is not being answered in my sentencing Court.

This past week it has come to light that my Legal packages (my case materials) have NOT even left this building. My recent legal packages in reference to my sentence and Enhancements have not left this building , plus Legal materials All the way back to 2020!

I have done the research and have the proof/evidence that this mail room is taking the "green Certified Slips" to the post office and having them stamped and not delivering the Legal packages for delivery.  I have received the "Green Certified slips" back stamped thinking the packages have gone out but they have never left this building nor  scanned at the post office for tracking.

No wonder, I am not receiving answers from the courts. This Post office has denied me my constitutional rights in many ways.  They have created a big problem.  I am not the only victim here by this mail room.  I just discovered this  as well.

How do I handle this?  This is very serious and requires a "law Suit".  This post office here can not repair what they have done even 4 years ago, which could have already changed my sentence and possible release.

   To file the Adm process is not the way to go , the same people are in charge of the Adm Process.  There is a new Supreme Court ruling just passed this past week, concerning these Adm remedies .  I am in possession of that.

Do I take this up with SIA?  File a law suit?  or both?    This pains me greatly.

In need of your direction in this matter.

Respectfully,

Ms.. Lang

*NO Response*

*Exhaustions Futile*

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 45300074
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** LANG, BARBARA, Reg# 45300074, CRW-H-N
DATE: 07/13/2024 06:39:40 PM

To: Unit Team (1)
Inmate Work Assignment: na

On Date April 20, 2024  (4/20/24)  I submitted a handwritten and electronic cop-out pertaining to my calulations under GCT FSA SCA to be correctly applied by my next team meeting.    I also supplied this unit team with all the calucalations to make things much easier for them.  All the information that is supplied by Congress required by Law.

 I have had a team meeting and there were no answers or efforts concerning this matter.

It has been well over 30 days with no reply from this team.

At the end of a  meeting with Unit Manager on date  5/16/24 (May 16th 2024) i ask Ms. Rebella concerning this cop-out and email and her reply was.." I do not know anything about that".

This is 7/12/24 and I still have not had any reply's from my unit team.

Exhaustion here is Futile.

Respectfully,  Ms Lang

*(handwritten, circled)* NO Response

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Case Manager Ms. K. Brown | DATE: 4/20/24 |
| FROM: Barbara Lang | REGISTER NO.: 45300074 |
| WORK ASSIGNMENT: N/A | UNIT: 1-North |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Requesting the correct time calculations to be done and applied by My Next Unit Team.

Enclosed, please find the calculations figured by using the correct formula provided by Congress in which I am providing you a copy.

Appreciate your efforts
SHALOM Aleichem
(Peace be unto you) and all That is yours
Ms. Lang

(Do not write below this line)

DISPOSITION:

No Response
Exhaustion
Futile

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Exhibit V-4



BP-A0148
JUNE 10
### INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 4/19/24  7:00 P.M |
|---|---|
| Ms. FRANKO Councilor | IN BOY |
| FROM: Barbara Lang | REGISTER NO. 45300074 |
| WORK ASSIGNMENT: N/A | UNIT: 1-North |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

Requesting an "Accessible Legal Locker"
that remains open during "Legal Locker" proper
open hours.
  Please refer To My Email 4/19/24 at 7:22 PM.
Sent to Unit 1 Team, Addressed To Ms FRANKO,
For details.
          Appreciate Your Efforts
            SHALOM,
            Ms, Lang

(Do not write below this line)

DISPOSITION:

No Response    Exhaustions
                Futile

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

OM: 17690021
Administrative Remedies
BJECT: ***Request to Staff*** PREETORIUS, REGINA, Reg# 17690021, CRW-H-N
TE: 07/11/2024 08:35:15 AM

Unit Team 1- N
ate Work Assignment: .

## INFORMAL ADMINISTRATIVE REMEDY

ay July 11, 2024, at 8:00am I attended open house with Mr. Austin for the purpose of submitting my Home Confinement
kage, that included my PRD calculations and Release Plan.  Mr. Austin acted bewildered as to why I would come to him for
ie confinement.  He wanted to know "why" I was putting in for home confinement?  I responded,  "I qualified under the First
) Act and  Second Chance Act, specifically section 3624 (g), the law.  That my Earned Time Credits were higher than my
left to serve and that I am a min/min. He then asked again, why I wanted home confinement?  I stated that I wanted to go
< to Georgia - my sentencing district - and take care of my 87 year old father-in-law, and that I did not need a relocation to
ona.  He acted like he had no clue as to what I was talking about.  I handed him the prepared package and he read part of
'Formal Request for Home Confinement" and again stated, "he could not help me."  I told him that every institution that I've
n housed at, the case manager always handles home confinement.  He told me to talk to my social worker about my
iest for home confinement, in which I responded, "I already had."  I spoke to Ms. Little a few weeks ago and she told me to
ee my case manager Ms. Austin.  At that point Mr. Austin handed me the package back and agreed that I needed to take
up with my Unit Manager, Ms. Rebelia.

ina M. Preetorius

*No Response –*
*– Exhaustion's futile*

# Attachment / Exhibits 9

## Supportive Declarations

Exhibit F

RULINCS 73053279 - BLAKE, FAITH - Unit: CRW-H-N      pg. 1 of 2

-------------------------------------------------------------------------------

ROM: 73053279
O: Brueland, Karter
UBJECT: Affidavit
ATE: 07/20/2024 08:44:18 PM


tate of Texas)

              )Affidavit of Faith Blake

ounty of Tarrant)

. I Faith Blake deposes as follows:

. I am incasracrated at FRC Carswell in fort worth Texas and housed in Unit One North. I am serving a prison sentence of 44 ears, to which currently I have served 11 years.

. Since being in the federal prison system I have come to learn CLEARLY that staff members do not care about the prisoners ves in multiple manners such as but in no way limited to: 1) Appling All measures under the LAW and the own program tatements that would release a AIC to home confinement or half way house early; 2) Treating a AIC with any form of respect of ignity; 3) Providing or responding to any emails by AIC's, administrative remedy procedures that are not availed, ocumenting/filing any attempted administrative remedies; 4) Retaliation is a FACT AND FEARED BY ALL AIC'S; 5) Medical eeds of AIC's.

. I have made many attempts to submit administrative remedies through the provided email link titled "Administrative emedies" in the request to staff. No responses have ever been provided to myself and the sent request by me has fallen off e system for my printing abilities. (The court could order the prison to pull up all my sent administrative remedies request rough the link in emails to staff because the prison will falsely report to the courts that there is no history in their system, what ey are failing to tell the court is the fact that their reports provided to the court is from PAPER forms submitted for dministrative remedies and does not include the computer system an AIC may use to submit the remedy request. They are eing dishonest to the court, committing fraud on the court by being deceitful.).

. When inside prison a person looses everyone and everything to them. Family forgets you and you become beaten down by taff members who refuse to do their duties and will cuss you out if you attempt to force them to apply laws to which you are ully entitled. I believe this TRUTH is very hard for anyone to grasp who is on the outside, such as yourself reader. WE are risoners the mind set of people not living through the day to day fight for our lives is that "we are lying" because the. overnment staff members" are the "good guys" they surely would not lie. This I swear is not the fair nor honest facts of the natter. Courts and the world are slowly starting to see that and I pray now in this Plaintiff's case it views my truth.

. Facts and evidence presented in the 2241 along with supported affidavits, copies of emails, and legal news letters show that ese government staff members do lie and commit crimes by refusing to apply the law to each AIC and by not following their wn policies. .

. I witness such cruel comments to women everyday. Unit Team staff members laughing at women's tears and pain, screaming t women who seek answers and care.

. Women whose families need them and still hold hope they'll hug them again soon are loosing hope everyday because the taff will not do the legal right thing on their own.

. Staff is cruel, abusive, and acting in a criminal manner by committing fraud.

0. The only hope for an AIC is the Court. I need the court to be sick of the actions of Unit Team members. WE NEED the ourts to view us honestly and as worthy of proper legal rights to be correctly applied.

1. I prepared this 2241 motion for more than just myself because so many women are scared to come to the court and most o not know how to do so. I have only used and presented facts that are true and correct to my knowledge in the preparing of is 2241.

Exhibat F
Pg. 202

TRULINCS 73053279 - BLAKE, FAITH - FAITH - Unit: CRW-H-N

Humbly,
Faith Blake
73053279
Done on this 19th day of July, 2024

Exhibit K

## AFFIDAVIT OF KRISTINA WYATT

County of Tarrant

State of Texas

I, Kristina Wyatt, being duly sworn, deposes and states:

I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all the facts in this affidavit are true and correct.

I am the witness in this action. Events described herein this affidavit have been told directly to me.

I am not currently employed. I am incarcerated at the Federal Medical Center, Carswell in Unit 1-North and have been since April 30, 2024.

Kristina Wyatt - age 58 - attended FMC Carswell's A&O orientation on April 31, 2024. The purpose of the A&O is for the institution's department mangers to go over rules and regulations concerning FMC Carswell. During the orientation, Warden Rule told the new Adults in Custody (AIC's), that if it was our time to be released to halfway house or home confinement, and staff did not feel that it was appropriate to do so, he would ask the medical director to raise our care levels so that we would have to remain at Carswell. Warden Rule also stated, "He would always be courteous to us (AIC's) due to the fact that if he and his family were out eating, we might be the ones serving his family."

Pursuant to 28 U.S.C. 1746. I certify under penalty of perjury that following is true and correct.

Signature: _Kristina Wyatt_ (Reg# 20873-078)

Date: _5 /23/2024_

Exhibit 12

## AFFIDAVIT OF MEGAN SHEA

...unty of Tarrant

...te of Texas

I, Megan Shea, being duly sworn, deposes and states:

I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my ...owledge, all the facts in this affidavit are true and correct.

I am the witness in this action. Events described herein this affidavit have been told directly to me.

I am not currently employed. I am incarcerated at the Federal Medical Center, Carswell in Unit 1-North and have been since ...ril 30, 2024.

...April 31, 2024, I attended the mandatory A&O at FMC Carswell. As part of our orientation, we were given the opportunity to ...ar about daily life at the Federal Medical Center by the heads of various departments, including Warden Rule. As part of his ...esentation, Warden Rule told us that if we were to be released to halfway house or home confinement before the staff at FMC ...rswell found it appropriate, he would contact the medical director and have our care-level upgraded to a 4, or even a 5 ...hich does not exist to my knowledge), which, he claimed, would keep us here. Further, expounded that if we were released ... halfway house or home confinement and had a medical issue, he would have us brought back to Carswell.

...rsuant to 28 U.S.C. 1746, I certify under penalty of perjury that the following is true and correct.

...gnature: _Megan S_____ Reg# 99390-509

...te: 5 / 23 / 24

RULINCS 50239510 - MALDONADO, JOANNA - Unit: CRW-G-A    Exhibit J

pg. 1221 of 2

--------------------------------------------------------------------------------

ROM: 50239510
O: Maldonado, Isaly
UBJECT: Affidavit
ATE: 09/19/2024 03:22:58 PM


tate of Texas)

)Affidavit of JoAnn Johnson Davis

 county of Tarrant)

. I JoAnn Johnson Davis deposes as follows"

2. I am incarcerated at FRC Carswell in Fort Worth, Texas and housed in Unit CC5. I am serving a prison sentence of 30 months, to which I have already served 4 months.

3. Since being in the Federal Prison System I have come to CLEARLY SEE that the staff members do not care about us prisoners lives in multiple manners such as but in no way limited to: 1) Applying all measures under LAW and the own program statements that would release a AIC to home confinement or half way house early; 2) NOT treating an AIC with any form of respect or dignity; 3) Providing or responding to any emails by AIC's, administrative remedy procedures that are not availed, locumenting/filling any attempted administrative remedies; 4) Retaliation is a FACT AND FEARED BY ALL AIC'S; 5) Medical needs of AIC'S.

4. I have made many attempts to submit administrative remedies through the providing email link titled "Administrative Remedies" in the request to staff. No responses have ever been provided to myself and the sent request by me have also fallen off the system for my printing abilities. (The court could request the report for my emails in which the prison will falsely report to the courts that there is no history in their system, what they are failing to tell the court is the fact that their reports provided to the court is from PAPER forms submitted for administrative remedies and does not include the computer system and AIC may use to submit the remedy request. They are being deceptive to the court and committing fraud on the court by being deceitful)

5. When in inside the prison we practically feel as if we have lost everything to us from our family, friends and freedom. Family sometimes tend to forget about us and we become emotionally beaten down by staff members who refuse to do their duties and will ignore and neglect medical needs if you attempt to force them to apply laws to which you are fully entitled. I believe this TRUTH is very hard for anyone to understand when they are on the outside, such as you the reader. WE are prisoners in mindset of people not living through the day to day fight for our lives is that "we are lying" because the "government staff members" are the "good guys" they surely would not lie. This I swear is not the fair nor honest facts of the matter. Courts and the world are slowly starting to see and I pray now in this Plaintiff's case it views my truth.

6. Facts and evidence presented in the 2241 along with supported affidavits, copies of emails, and legal news letters show that these government staff members do lie and commit crimes by refusing to apply the law to each AIC and by not following their own policies.

7. I have endured humiliation by Unit Team staff members including our Unit CC5 Case Manager. Incident with Case Manager Mrs... K. Washington I needed to urgently go to the restroom I got halfway down to the restroom and I heard Mrs... Washington yell at me, "What are you doing" I stated I need to go to the restroom I can't hold it and I showed her the toilet paper. She yelled at me to get back in my room I obeyed and I was sitting in my room and I started to urinate on myself because this is what my diabetes causes. I went to the restroom and proceeded to go and she was again yelling profanities at me and all I did was put my head down and once finished went to my room to also clean the urine on the floor by my bed.

8. I haven't been able to get all my medical needs adequately taken care of. Since I came into this facility my Diabetes hasn't been able to be controlled, I haven't seen a diabetic specialist.

9. I have a high risk of breast cancer. In which I have blood and puss draining from my right breast and I have already notified 2 attending Doctors here in the facility and nothing has been addressed.

10. I have been stressed and bullied by other inmates in my unit in which I have notified Unit team staff and Case Manager Mrs... K. Washington and nothing was done. On Sept 1st, 2024 there was an incident with one of those inmates in which was

TRULINCS  50239510 - MALDONADO, JOANNA - Unit: CRW-G-A

Exhibit J

pg. 2 of 2

--------------------------------------------------------------------------------

verbally and physically abusive towards me & I got attacked since then I still have a floater in my right eye and until not 9/19 hasn't been checked.  My walker was taken because I was in Solitary Confinement, commissary stolen and having dizzy spells.

11. I also have a rash in my vaginal area in which I was given treatment and was told that the Dr would monitor it and if it would continue she would do a biopsy for Cancer and again nothing has been done.

12. My ONLY hope is that the courts listen to us and put a stop to all this going on.

13. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the herein is True and Correct.

Humbly,

JoAnn Johnson Davis
#46045-510
Done on this 19th day of September, 2024

TRULINCS  45300074 - LANG, BARBARA - Unit: CRW-H-N

---------------------------------------------------------------------------------------------------------------------------

FROM: 45300074
TO:
SUBJECT: Affidavit of Barbara Lang    # 45300074 (1N)
DATE: 07/19/2024 10:58:33 AM

State of Texas

AFFIDAVIT OF BARBARA LANG

County of Tarrant

1.  I BARBARA LANG do hereby certify the following facts to be true and correct.

2.  My goal is not to emotionalize this affidavit.
    The facts contained herein woe' fully address my very LIFE, LIBERTY, and PURSUIT of HAPPINESS.

   Some emotion may seep through small openings, ooze onto this paper only to serve as a conduit necessary for the electric critical nature.
   My Affidavit having the mind set, confident having real existence, based on facts of the kind of electricity    predominating in a glass body after it has been rubbed with silk.

Trusting this Honorable Court to look at carefully, to examine or review officially using transparent "inspection".

3.  The Law makers of our country have made openings in the BOP (Bureau of Prisons) ship's side to admit light and fresh
    air which I call "Portholes" for we the AIC'S that have been imprisoned given a short sentence justifiable or a long
   sentence unjustifiable being unfair allotted to a person, one's fate making it our portion.

Upon entering this country of the BOP , I have experienced and this very moment experiencing complete and total rancorous
a continuing and bitter hate or ill will which consist of complete utter rank deceit.

   A.  The UNIT TEAM (Staff) which consist of 3 members per unit include:
       Councilor, Case Manager, Unit Manager.
       Their ultimate goal which is their official duty is to lead me as a AIC through the paperwork all the way to the end
   goal which is my safety and my release applying all my benefits allowed.    BUT INSTEAD.....
       They are extremely Portcullis, like a heavy iron grating lowered to bar the gateway of this fortified town.
         **Blocking Cop-outs..which are request we make on forms to the Unit teams.
         **They claim they did not ever receive one..(or) ...
         **claiming they do not have to accept it..(or)...
         **claiming they do not have to answer.
        ALL ARE AGAINEST THEIR OWN PROGRAM STATEMENT.
         **Refusing us any Adm remedy, and (or) Refusing to answer (or) stating they never received it and its not in our
         File.

   B. They make FALSE STATEMENTS (LIE) against the Laws that were passed by Our own Law Makers (Congress).

       1.  Staff tell us ..(quote).."There is no such thing as the SECOND CHANCE ACT  any longer".
       2.  Staff Tell us..(quote).. "We do not have to 'FRONT LOAD" the FSA & GCT.
           This is total opposite of what Congress states.
       3.  Staff tell us..(quote).. "They no longer do "Home Confinement" and its a waste of time to file requesting .
       4.  Per the REGIONAL OFFICER Ms... WOHLD on 7/11/24  (July 11, 24) in person, standing in the 1-North Unit
           stated..(quote).."We do not apply the credits given by Congress and if you want them you have to take it
           to court" We do not use their formula" .

   NOTICE:  This formula is on the BOP'S own website in which this staff refuses to apply to we the AIC'S sentence
            which was passed and given to us by our Congress!!!

       **** I have provided to this Court the Congress formula and have supplied all my calculations and benefits
            provided to me by our great Law Makers of this Country.  (See Exhibit #____).
            This Staff at FMC Carswell refuses to apply. Instructed by Regions Ms. WOHLD to go to court.

Exhibit K

## AFFIDAVIT OF KRISTINA WYATT

County of Tarrant

State of Texas

. Kristina Wyatt, being duly sworn, deposes and states:

2. I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all the facts in this affidavit are true and correct.

3. I am the witness in this action. Events described herein this affidavit have been told directly to me.

4. I am not currently employed. I am incarcerated at the Federal Medical Center, Carswell in Unit 1-North and have been since April 30, 2024.

, Kristina Wyatt - age 58 - attended FMC Carswell's A&O orientation on April 31, 2024. The purpose of the A&O is for the institution's department mangers to go over rules and regulations concerning FMC Carswell. During the orientation, Warden Rule told the new Adults in Custody (AIC's), that if it was our time to be released to halfway house or home confinement, and staff did not feel that it was appropriate to do so, he would ask the medical director to raise our care levels so that we would have to remain at Carswell. Warden Rule also stated, "He would always be courteous to us (AIC's) due to the fact that if he and his family were out eating, we might be the ones serving his family."

Pursuant to 28 U.S.C. 1746. I certify under penalty of perjury that following is true and correct.

Signature: _Kristina Wyatt_ Reg# 20873-078

Date: _5/231/2024_

Exhibit M

## AFFIDAVIT OF MEGAN SHEA

County of Tarrant

State of Texas

I, Megan Shea, being duly sworn, deposes and states:

I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all the facts in this affidavit are true and correct.

I am the witness in this action. Events described herein this affidavit have been told directly to me.

I am not currently employed. I am incarcerated at the Federal Medical Center, Carswell in Unit 1-North and have been since April 30, 2024.

In April 31, 2024, I attended the mandatory A&O at FMC Carswell. As part of our orientation, we were given the opportunity to hear about daily life at the Federal Medical Center by the heads of various departments, including Warden Rule. As part of his presentation, Warden Rule told us that if we were to be released to halfway house or home confinement before the staff at FMC Carswell found it appropriate, he would contact the medical director and have our care-level upgraded to a 4, or even a 5 (which does not exist to my knowledge), which, he claimed, would keep us here. Further, expounded that if we were released to halfway house or home confinement and had a medical issue, he would have us brought back to Carswell.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the following is true and correct.

Signature: _Megan S_____ Reg# 99390-509

Date: _5/23/24_

RULINCS - 73053279 - BLAKE, FAITH - Unit: CRW-H-N          pg. 1 of 2

----------------------------------------------------------------------------------

ROM: 73053279
O: Brueland, Karter
UBJECT: Affidavit
ATE: 07/20/2024 08:44:18 PM

tate of Texas)

        )Affidavit of Faith Blake

ounty of Tarrant)

. I Faith Blake deposes as follows:

. I am incasrcrated at FRC Carswell in fort worth Texas and housed in Unit One North. I am serving a prison sentence of 44
ears, to which currently I have served 11 years.

. Since being in the federal prison system I have come to learn CLEARLY that staff members do not care about the prisoners
/es in multiple manners such as but in no way limited to: 1) Appling All measures under the LAW and the own program
:atements that would release a AIC to home confinement or half way house early; 2) Treating a AIC with any form of respect of
:gnity; 3) Providing or responding to any emails by AIC's, administrative remedy procedures that are not availed,
ocumenting/filing any attempted administrative remedies; 4) Retaliation is a FACT AND FEARED BY ALL AIC'S; 5) Medical
eeds of AIC's.

. I have made many attempts to submit administrative remedies through the provided email link titled "Administrative
emedies" in the request to staff. No responses have ever been provided to myself and the sent request by me has fallen off
e system for my printing abilities. (The court could order the prison to pull up all my sent administrative remedies request
rough the link in emails to staff because the prison will falsely report to the courts that there is no history in their system, what
ey are failing to tell the court is the fact that their reports provided to the court is from PAPER forms submitted for
dministrative remedies and does not include the computer system an AIC may use to submit the remedy request. They are
eing dishonest to the court, committing fraud on the court by being deceitful.).

. When inside prison a person looses everyone and everything to them. Family forgets you and you become beaten down by
:aff members who refuse to do their duties and will cuss you out if you attempt to force them to apply laws to which you are
Illy entitled. I believe this TRUTH is very hard for anyone to grasp who is on the outside, such as yourself reader. WE are
isoners the mind set of people not living through the day to day fight for our lives is that "we are lying" because the
jovernment staff members" are the "good guys" they surely would not lie. This I swear is not the fair nor honest facts of the
latter. Courts and the world are slowly starting to see that and I pray now in this Plaintiff's case it views my truth.

. Facts and evidence presented in the 2241 along with supported affidavits, copies of emails, and legal news letters show that
ese government staff members do lie and commit crimes by refusing to apply the law to each AIC and by not following their
wn policies.

. I witness such cruel comments to women everyday. Unit Team staff members laughing at women's tears and pain, screaming
. women who seek answers and care.

. Women whose families need them and still hold hope they'll hug them again soon are loosing hope everyday because the
aff will not do the legal right thing on their own.

. Staff is cruel, abusive, and acting in a criminal manner by committing fraud.

). The only hope for an AIC is the Court. I need the court to be sick of the actions of Unit Team members. WE NEED the
urts to view us honestly and as worthy of proper legal rights to be correctly applied.

i. I prepared this 2241 motion for more than just myself because so many women are scared to come to the court and most
> not know how to do so. I have only used and presented facts that are true and correct to my knowledge in the preparing of
is 2241.

!. Pursuant to 28 U.S.C. 1746. I declare under penalty of perjury that the herein is True and Correct.

EXHIBIT
pg. 20-2

RULINCS  73053279 - BLAKE, FAITH - Unit: CRW-H-N

--------------------------------------------------------------------------

*Faith Blake*

Humbly,
Faith Blake
73053279
Done on this 19th day of July, 2024

Exhibit A

pg. 1 of 2

TODAY JULY 17,2024 I WAS A WITNESS TO A "FIRE DRILL" AT FMC CARSWELL HIGH RISE THAT BECAME A TOTAL CHAOS,MIXED WITH CRUELTY,PAIN,INDIFFERENCE,AND HUMILIATION.AT AROUND 1:45-2:00 PM A LOUD FIRE DRILL STARTED AT THE HIGH RISE OF THE FACILITY.INMATES STARTED RUNNING FOR THE DOORS WHILE OTHERS JUST STARTED FALLING TO THE GROUND DUE TO THE SEVERE SEIZURES,BLOCKING THE EXITS OR THE WAY OUT.IT LOOKED AND FELT LIKE A CATTLE STAMPEDE DUE TO THE SCREAMES AND CURSING OF THE OFFICERS WHO HAD NO REGARD TO BODYS LAYING ON THE FLOOR IN THE DOORWAY.THEY ORDER WHEELCHAIRS TO ROLL OVER THE HANDS OF A SEIZURING INMATE.YOU COULD SEE PEOPLE JUMPING OR CROSSING THEIR WALKERS ON TOP OF THIS PEOPLE THAT WHERE ON THE FLOOR. MY CELLMATE MARIBEL SANTANA#9987479 WITH OTHER TWO INMATES ORFILIA BENITEZ #58917177 AND ANGELA ACOSTA #94956038 STARTED HELPING INMATE LINDA MARTINEZ #4925180 WHO FELL ON THE RESTROOM FLOOR FROM A SEIZURE. THIS WAS SO STRONG THAT THIS THREE INMATES KEPT ON HOLDING TO HER SO SHE WOULDNT HURT HERSELF. WHILE THEY WHERE HELPING MARTINEZ CASE MANAGER BROWN CAME STARTED SCREAMING TO LET HER GO AND WHEN THEY REFUSED SHE THREATEND TO WRITE ALL THREE OF THEM UP FOR NOT FOLLOWING A DIRECT ORDER, PULLING SANTANA AND PUSHING BENITEZ AWAY FROM MARTINES AND LEAVING ACOSTA WITH NO OPTION THAN TO LET GO OF HER TOO.INMATE MARTINEZ KEPT ON HITTING HER HEAD ON THE CONCRETE WHILE OFFICER BROWN DID NO ATTEMPT TO HELP HER,BUT KEPT ON SAYING SHE WAS IN CHARGE.UNIT 1 NORTH IS KNOWN FOR BEING THE MAIN MEDICAL UNIT UNIT IN THE HIGH RISE DUE TO OUR ILLNESSES,WALKERS WHEELCHAIRS AND OTHER MEDICAL NEEDS.HOW IS IT POSSIBLE THAT WE HAVE TO GO THRU THINGS LIKE THIS OF SO MUCH UNPROFESSIONALISM, CRUELNESS, AND HUMILIATION WHEN THEY KNOW THE MEDICAL CONDITIONS OF MANY. ABOUT 8 SEIZURES HAPPENED TODAY IN 1 NORTH ONLY. AND WHEN YOU WENT OUTSIDE THE SCENE WASNT BETTER AT ALL INMATES FALLING TO THE GROUND THAT IF WE WERE SOLDIERS AT WAR.I SOME COVER IN BLOOD AND OTHER INMATES RUNNING WITH EACH OTHER ON ARMS BECAUSE MEDICAL WAS TAKING THEIR TIME TO COME AND HELP.WHILE OFFICERS JUST LAUGH AND MADE JOKES ABOUT ON HOW THE INMATES WERE FALLING TO THE GROUND HERE AND THERE. INMATES IN WHEELCHAIRS WERE GIVING UP THEIR CHAIRS DUE THAT THEIR WASNT ENOUGH TO HELP EVERYBODY THAT WAS GETTING HURT.WE WERE SCARED TO HELP DUE TO THE SCREAMS AND THREATS OF GETTING WRITEN UP BY THE CASE MANAGERS IF WE HELPED OUR FELLOW INMATES BECAUSE THEY WHERE NOT DOING ANYTHING. IN TOTAL 17 INMATES HAD A SEIZURE DUE TO THIS "FIRE DRILL" WHILE WE JUST HEARD COMMENTS FROM THE OFFICERS THAT SOMEBODY HAD DECIDED TO TO TURN THIS ON TOO SEE HOW EVERYONE REACT IN A SITUATION LIKE THIS WHILE THEY JUST JOKED AND LAUGHED AROUND.WE FELT SO POWERLESS,SAD, HUMILIATED, IN PAIN FOR THE OTHER INMATES.WHEN IT WAS TIME TO GO BACK INSIDE AGAIN CASE MANAGER BROWN MADE ANOTHER COMMENT:"NOW WALK INSIDE IN A SINGLE FILE LIKE IF YOU WHERE IN KINDERGARTEN HOLDING EACH OTHER"

Exhibit A
2 of 2

`---- ---- --- -- ---- --- -- 11/11/2024 11:27 PM wrote:`

PART 2: REQUEST TO STAFF

ONCE INSIDE SHE STOOD IN THE STAIRWAY OF THE UNIT SCREAMING:"NEXT TIME ANYBODY ANYBODY INTERFERS WITH MY JOB AND KEEPS ON HELPING SOMEONE WHEN I HAVE ALREADY GIVEN A DIRECT ORDER I AM GOING TO MAKE SURE THE ENTIRE UNIT TIME WRITES YOU UP THIS INCLUDES MS.REBELLA AND MS. FRANCO. IT BETTER BE THE FIRST AND LAST TIME." TO FINISH THIS SPEECH SHE SAID:" NOW TO THOSE OF YOU WHO DID THE RIGHT THING GIVE YOURSELFS A ROUND OF APPLAUSE. WE DID GOOD WE DID GOOD!' MOMENTS LATER THE LATYS FROM SANITATION CAME TO THE UNITS DOOR AND OFFICER SMITH SAID:" O  NO WHERE YOU GOING? YOURE NOT CLEANING ANYTHING IN MY UNIT UNLESS YOU ARE WITH THAT SEXY BOSS OF YOURS"-AFTER HAVING TO GO THRU ALL THIS WE STILL HAD TO GO THRU THE HUMILIATION OF WAITING A LONG PERIOD OF TIME TO GO TO THE RESTROOM BECAUSE THE OFFICE DECIDES WHO CAN AND WHO CAN'T GO.WHEN SOME OF US LIKE ME TAKE WATER PILLS AND FOR THIS SAME ISSUE WITH THIS UNIT OFFICER  FOR MAKING ME HOLD SO LONG NOW I HAVE AN INFECTION TO WICH I HAVE TO TAKE ANTIBIOTICS WHICH ARE NOT RECOMMENDED FOR ME DUE TO MY ILLNESS.OR LIKE INMATE ANGELA ACOSTA #94956038 WHO HAD TO GO THRU THE HUMILIATING EVENT OF PEEING IN THE TRASH CAN BECAUSE SHE COULDN'T HOLD IT NO MORE JUST FOR THE RACISM OR FAVORTISM OF OFFICER SMITH WHO IS IN CHARGE OF UNIT 1 NORTH.WELL IT IS SAID THAT REGION WANTED TO SEE HOW WE ALL REACTED. THE REACTION WAS 17 SEIZURES,LACK OF KNOWLEDGE AND NOT KNOWING WHAT TO DO IN AN EVENT LIKE THIS FROM STAFF MEMBERS.CRUELTY,PAIN AND HUMILIATION.WITH ALL THIS I FEAR FROM RETALIATION FROM ANY OF THE STAFF MEMBERS MENTIONED IN THIS REQUEST.AND IF ANYTHING WAS TO HAPPEN TO ME OR THE INMATES MENTION I PUT THE BLAME ON THEM AND ANYBODY WHOS IS HAVING THIS. PLEASE DO SOMETHING WE CANNOT KEEP ON GOING THRU SO MUCH.....AND NOBODY DOING NOTHING.

Pursuant to 28 USC 1746, I declare certify, under penalty of perjury that the following is true and correct.

April Cadena

April Cadena
#8371 6380

Done this 17th day of July, 2024

TRULINCS 40168510 - CODA, JULIA BETH - Unit: CRW-H-N

--------------------------------------------------------------------------------

FROM: 40168510
TO:
SUBJECT: dec
DATE: 09/24/2024 08:39:09 AM

Declaration of Facts

To The Honorable Courts,

    I, Julia Coda, AIC reg # 40168-510 at FMC Carswell, declare the following to be a truthful and factual account of my experience at FMC Carswell beginning March 15, 2024 and ongoing.
    This is an account of the ongoing, unfit living conditions I am being subjected to at FMC Carswell. Due to overcrowding my quality of life has drastically deteriorated. My mental and physical health has been detrimentally impacted.
    Moreover, as a 'Minimum security/Minimum recidivism', I qualify to be put directly on Home Confinement, thus alleviating some of the overcrowding, and more importantly, reducing the amount of trauma I continually experience as an AIC in a facility where I am housed with all levels of security.
    Upon my arrival as a self-surrender to FMC, I was put into three different 70 square foot cells that I shared with two other AICs. By July 23rd, 2024, my same 70sqft three person cell turned into a four person cell. The animosity and hostility among my cell mates escalates to shouting and fighting and on August 11, 2024, I was threatened with physical violence by a bunkmate. [See supporting documentation]. With all 72 cells in my unit housing 3 or more people along with two sets of bunk beds, four lockers and desk and stool, there is no room to move comfortably or effectively. The sheer amount of noise, screaming, yelling, is unbearable to the point of suffering anxiety and panic attacks and my PTSD is continuously triggered due to the constant commotion. It has affected my sleep and mental state to the point where I had to be prescribed 50mg Trazodone on March 22, and in fact had to increase the dosage to 100mg on August 20, 2024. [Medical record documentation available upon request under separate cover].
    The number of phones and computers are simply not enough to properly accommodate the amount of people making it very hard for me to maintain relationships with family and loved ones. There are only five working phones out of six, four working computers out of five, only two computers for video visits, limited working sinks and shower stalls and toilets, for over 200 people. The lines to use the phones, computers, or showers are over an hour long, which often puts me in a position where I must choose between communicating with my loved ones, showering, or even skipping a provided meal so that I may have time to use the facilities. The lack of accessible proper hygiene has led to my exposure to scabies, MRSA and E.coli and mold. The facility laundry service is overcrowded, leading to my laundry being sent back wet or damp and mildew preventing me from being in proper uniform for work and programming and meals.
    Furthermore, the lack of available classes and long wait lists means I either can't complete my necessary programming which is beneficial to my to my rehabilitation and re-entry. Unit team managers and case workers are also overloaded with cases and limit extremely our ability to attend 'open house hours' and hinder my right to access Administrative Remedies. We are granted access to an Administrative remedy email on the available computers, which I have utilized, but have yet to received any reply. [See supporting documentation]. My case manager has repeatedly withheld my accurate time calculation, and has refused in giving me my current updated FSA time credit sheet. She has told me that home confinement is only for people who are disabled, and that I will not qualify. She has even told me that she does not in fact know the laws and that if my attorney wants more information he can "go ahead and subpoena me". [See supporting documentation].
    According to Program Statement 1060.11 section 7 subsection 3(a) "Low security. Rooms/cells/cubicles...if 65sqft or more, but less that 120sqft, 100% of rooms/cells/cubicles SHALL be rated for DOUBLE OCCUPANCY. The BOP handbook states "you have the right to healthcare which includes nutritious meals, proper bedding and clothing, and a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air...toilet articles and medical and dental treatment." According to PS 1330.18 section 542 subsection 13(a) "The warden is responsible for ensuring that effective informal resolution procedures are in place and that good faith attempts at resolve are made in an orderly and timely manner...These procedures may not operate to limit AIC access to formal filing of a request."

    Due to the above mentioned violations and futility for any resolve, but moreover because I am simply a 'Minimum/Minimum', I am requesting to placed for immediate release to Home Confinement for the accurate remainder of my correctly calculated sentence.

Respectfully,

Julia Coda          Date   9, 24, 2024
Reg# 40168-510



Maria Rosalba Guevara Reg# 06645-018
Federal medical center Carswell
Housing Unit NCC
P.O. Box 27137
Fort Worth, TX 76127

RECEIVED
DEC - 5 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

06645-018
U S A Disctrict Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

