UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARIA ROSALBA GUEVARA,**
**INSTITUTIONAL ID NO. 06645-018,**

   Petitioner,

v.                                                    No. 4:24-cv-1196-P

**WARDEN, FMC CARSWELL,**

   Respondent.

## FINAL JUDGMENT

In accordance with the Court's order entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED**. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **22nd day of April 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE